UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOHN DOE,                                                            :
:
                     Plaintiff,                                   :
:       23 Civ. 4743 (JPC)
    -v-                                                             :
:       ORDER
DELOITTE LLP GROUP INSURANCE PLAN,                                   :
:
                     Defendants.                                  :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this case on June 6, 2023, attempting to proceed as a John Doe. Dkt. 1. Plaintiff then sought the issuance of a summons from the Clerk of Court for Defendant on that same day. Dkts. 3-4. However, Plaintiff has not moved the Court to proceed under a pseudonym, nor has Plaintiff complied with this District's rules for filing a sealed or partially sealed case. Plaintiff must seek leave of Court before proceeding under a pseudonym. Therefore, no summons will issue as to Defendant until Plaintiff has resolved this issue.

      SO ORDERED.

Dated: June 8, 2023
       New York, New York
                                                 JOHN P. CRONAN
                                                 United States District Judge