```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHN DOE,                                                        :
                                                                 :
                              Plaintiff,                         :
                                                                 :   23 Civ. 4743 (JPC)
              -v-                                                :
                                                                 :   ORDER
DELOITTE LLP GROUP INSURANCE PLAN,                               :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been made aware that Docket Number 36-2 contains unredacted information in contravention of Federal Rule of Civil Procedure 5.2.  Defendant shall file a redacted version of this document forthwith.  The Clerk of Court is respectfully directed to strike Docket Number 36-2 from the docket.

      SO ORDERED.

Dated: May 28, 2024
      New York, New York

                                                             JOHN P. CRONAN
                                                             United States District Judge