

Squire Patton Boggs (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016

O   +1 602 528 4000
F   +1 602 253 8129
squirepattonboggs.com


Daniel B. Pasternak
T   +1 602 528 4187
M   +1 602 326 4999
daniel.pasternak@squirepb.com

May 1, 2025

**FILED VIA CM/ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312


Re:  *Doe v. Deloitte LLP Group Insurance Plan*; Case No. 1:23-cv-04743-JPC
     Defendant's Notice In Compliance with the Court's February 24, 2025 Memorandum Opinion and Order

Dear Judge Cronan:

      This Firm represents the Deloitte LLP Group Insurance Plan (the "Plan"), Defendant in the above-referenced case.

      On February 24, 2025, the Court issued a Memorandum Opinion and Order (the "Order") in this case (Doc. 44) in which it ordered that "[t]his case is remanded to Aetna for a new review and with instructions to specifically address in any decision whether Sandhill should be granted a single case agreement, including consideration of Plaintiff's arguments considering the adequacy of network offerings." Doc. 44, at 12. The Order further directed the parties to "notify the Court by letter within two weeks of the completion of the new review." Doc. 44, at 12-13.

      Pursuant to the Court's Order, the Plan provides notice that on May 1, 2025, Aetna provided Plaintiff, through counsel, its claim determination on remand, which complied with the instructions included in the Court's Order.

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP                                The Honorable John P. Cronan
                                                            May 1, 2025

Respectfully submitted,

S<small>QUIRE</small> P<small>ATTON</small> B<small>OGGS</small> (US) LLP

*[signature]*

Daniel B. Pasternak
*Counsel for Defendant Deloiite LLP Group Insurance Plan*


cc:     Counsel of Record (via ECF)