UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOHN DOE,                                                              :
:
:
Plaintiff,                              :
:         23 Civ. 4743 (JPC)
-v-                                        :
:         ORDER
:
DELOITTE LLP GROUP INSURANCE PLAN,                                     :
:
Defendant.                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall appear before the undersigned via teleconference on May 14, 2025 at 11:30 a.m. to discuss Plaintiff's motion to reopen, Dkt. 45, and a plan for next steps in this case in light of Defendant's contention that a revised claim determination has now been issued on remand, *see* Dkt. 46. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                        JOHN P. CRONAN
                                    United States District Judge