

Squire Patton Boggs (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016

O    +1 602 528 4000
F    +1 602 253 8129
squirepattonboggs.com

Daniel B. Pasternak
T    +1 602 528 4187
M    +1 602 326 4999
daniel.pasternak@squirepb.com

November 18, 2025

**FILED VIA CM/ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Doe v. Deloitte LLP Group Insurance Plan*; Case No. 1:23-cv-04743-JPC;
              Joint Status Letter

Dear Judge Cronan:

      In accordance with your May 20, 2025 Order in the matter referenced above (Doc. 50), this status letter is jointly submitted by Plaintiff John Doe and Defendant Deloitte LLP Group Insurance Plan.

      As directed by the Court's May 20, 2025 Order (Doc. 50), on August 13, 2025, Plaintiff submitted to Defendant Plaintiff's administrative appeal of Defendant's May 1, 2025 claim determination on remand. Aetna, in its capacity as Defendant's third-party claims administrator provided its response to that appeal to Plaintiff on November 11, 2025.

      The parties respectfully request that the Court lift the stay in this matter and set a status conference for the purpose of addressing how this matter should proceed.

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

The Honorable John P. Cronan
November 18, 2025

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

Daniel B. Pasternak, admitted *pro hac vice*
Counsel for Defendant Deloitte LLP Group Insurance Plan

GREEN HEALTH LAW, APC

Elizabeth K. Green, admitted *pro hac vice*
Counsel for Plaintiff John Doe

cc:    Counsel of Record (via ECF)

The request is granted and the Court lifts the stay. Parties shall appear for a status conference on November 25, 2025, at 2:30 p.m. by calling (855) 244-8681, access code 2302 755 2307.

By Monday, November 24, 2025, parties shall submit a joint letter advising the Court of the disposition of Plaintiff's administrative appeal and stating each party's position on how to proceed.

SO ORDERED.
November 19, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

1106076142\1\AMERICAS