

Squire Patton Boggs (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016

O   +1 602 528 4000
F   +1 602 253 8129
squirepattonboggs.com

Daniel B. Pasternak
T   +1 602 528 4187
daniel.pasternak@squirepb.com

December 12, 2025

**FILED VIA CM/ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   *Doe v. Deloitte LLP Group Insurance Plan*; Case No. 1:23-cv-04743-JPC;
>        Joint Motion to Seal Supplemental Administrative Record

Dear Judge Cronan:

      This letter motion is jointly submitted by Plaintiff John Doe and Defendant Deloitte LLP Group Insurance Plan in accordance with Rule 4.B. of the Court's Individual Rules and Practices in Civil Cases and the Court's November 26, 2025 text-only order entered in the matter referenced above.

      As discussed during the parties' November 25, 2025 teleconference with the Court, the parties intend to submit a supplemental administrative record to the Court for consideration with the parties' forthcoming cross-motions for summary judgment. That supplemental administrative record will contain the originally filed administrative record as well as additional documents relevant to this case created after the submission of the originally filed administrative record, so that the Court has the complete administrative record in a single filing and thus will not need to reference separate filings to review the complete administrative record. Those additional documents consist of (1) Aetna's May 1, 2025 claim determination following the Court's February 24, 2025 remand; (2) Plaintiff's August 13, 2025 administrative appeal of Aetna's May 1, 2025 claim determination following the Court's February 24, 2025 remand; (3) Aetna's November 11, 2025 response to Plaintiff's August 13, 2025 administrative appeal of Aetna's May 1, 2025 claim determination following the Court's February 24, 2025 remand.

      Plaintiff filed the originally filed administrative record under seal (Docs. 34; 35; filed April 5, 2024) because it contains hundreds of pages of confidential and protected health information of a minor relating to Plaintiff's claim for health care benefits in this ERISA action. The additional

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP                                    The Honorable John P. Cronan
                                                                December 12, 2025

documents described above to be included in the supplemental administrative record likewise contain confidential and protected health information of a minor. Thus, the same considerations that supported sealing of the originally filed administrative record supports sealing of the supplemental administrative record. Moreover, because the supplemental administrative record contains highly confidential medical records and other protected health information concerning a minor, the parties submit that the standard for sealing under *Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110 (2nd Cir. 2006) is met, as sealing the supplemental administrative record serves the compelling interest of protecting the confidential and protected medical information of a minor. Further, sealing of the entire supplemental administrative record is appropriate because, given that because confidential and protected medical information of a minor is contained on nearly every page of that record, a more narrowly tailored approach to sealing is not practical.

Accordingly, in accordance with the Court's Rule 4.B., after meeting and conferring, the parties jointly request that the Court seal the supplemental administrative record filed contemporaneously with this letter motion (under seal, per Rule 4.B.ii.), Bates-labeled DGIP000001 – DGIP001966.

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

Daniel B. Pasternak, admitted *pro hac vice*
Counsel for Defendant Deloitte LLP Group Insurance Plan


GREEN HEALTH LAW, APC

Elizabeth K. Green, admitted *pro hac vice*
Counsel for Plaintiff John Doe

cc:    Counsel of Record (via ECF)