Elizabeth K. Green, admitted *pro hac vice*
GREEN HEALTH LAW APC
201 N. Brand Blvd., Suite 200
Telephone: (818 722-1164
E-mail: egreen@greenhealthlaw.com

Attorneys for Plaintiff
John Doe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| JOHN DOE, | 23-CV-04743-JPC |
| Plaintiff, | **DECLARATION OF ELIZABETH K. GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56** |
| -against- | |
| DELOITTE LLP GROUP INSURANCE PLAN, | ECF CASE |
| Defendant. | |

---------------------------------------------------------------X

## **DECLARATION OF ELIZABETH K. GREEN**

I, Elizabeth K. Green, hereby declare that the following is true and correct to the best of my knowledge:

1. I am an attorney duly licensed to practice law before all courts in the State of California. I am *pro hac vice* counsel of record for Plaintiff John Doe. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to the following.

2. On March 1, 2024, A.D. discharged from Sandhill. Plaintiff paid the cost of A.D.'s treatment at Sandhill.

-1-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of January, 2026 at Glendale, California.

<u>/s/ Elizabeth K. Green</u>