Elizabeth K. Green, admitted *pro hac vice*
GREEN HEALTH LAW APC
201 N. Brand Blvd., Suite 200
Telephone: (818 722-1164
E-mail: egreen@greenhealthlaw.com

Attorneys for Plaintiff
John Doe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| JOHN DOE, | 23-CV-04743-JPC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| -against- | ECF CASE |
| DELOITTE LLP GROUP INSURANCE PLAN, | |
| Defendant. | |

-------------------------------------------------------------X

The Court has reviewed Plaintiff's Motion for Summary Judgment, and good cause appearing therefore, Plaintiff's Motion for Summary Judgment is hereby GRANTED.

The parties are instructed to meet and confer regarding the amount of benefits, attorney's fees, costs, and prejudgment interest to be awarded to Plaintiff, and file a joint status letter within 14 days of this Order.

DATED this ____ day of ___, 2026.       _____
                                         JOHN P. CRONAN
                                         United States District Judge