**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOHN DOE,

Plaintiff,

-against-

23 **CIVIL** 4743 (JPC)

# JUDGMENT

DELOITTE LLP GROUP INSURANCE PLAN,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2026, Defendant's motion for summary judgment is granted and Plaintiff's motion for summary judgment is denied. Because the Court is able to resolve those motions without the need for oral argument, Defendant's request for argument, Dkt. 58, is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**