SQUIRE
PATTON BOGGS

Squire Patton Boggs (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016

O +1 602 528 4000
F +1 602 253 8129
squirepattonboggs.com

Daniel B. Pasternak
T +1 602 528 4187
daniel.pasternak@squirepb.com

October 8, 2026

**FILED VIA CM/ECF**
**COPY VIA EMAIL TO CHAMBERS - CronanNYSDChambers@nysd.uscourts.gov**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Doe v. Deloitte LLP Group Insurance Plan*; Case No. 1:23-cv-04743-JPC; Defendant's Response to Plaintiff's October 7, 2026 Pre-Moton Letter

Dear Judge Cronan:

Pursuant to Rules 1.A. and 6.A. of the Court's Individual Rules and Practices in Civil Cases, Defendant responds herein to Plaintiff's Pre-Motion Letter filed October 7, 2026 (ECF No. 67) (the "Letter").

Plaintiff's Letter states (at page 1) "Defendant consents to the extension request" requested by Plaintiff for submission of Plaintiff's intended motion for attorneys' fees and costs. Plaintiff's Letter also states (at page 3) "Defendant provided consent to the extension request as it applies to the deadline for both parties."

Prior to filing the letter, Plaintiff's counsel inquired into Defendant's position on Plaintiff's request to extend the deadline for filing of Plaintiff's motion for attorneys' fees and costs. Undersigned counsel responded to Plaintiff's counsel that "Defendant will consent to a joint request to extend the date as you propose for both parties to file fee applications."

Defendant intends to respond in opposition to any motion for attorneys' fees and costs filed by Plaintiff. Defendant also is evaluating whether to file its own attorneys' fee and costs motion, as permitted by 29 U.S.C. § 1132(g)(1), based on the Court's judgment it its favor (ECF Nos. 65; 66). Pursuant to Rule 6.A. of the Court's rules, this letter constitutes Defendant's pre-motion letter request to file that motion.

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Accordingly, Defendant requests that it be permitted to file a motion for attorneys' fees and costs and jointly requests with Plaintiff that the deadline for each party to file their respective fee and cost motions be extended until 30 days after the Court rules on the parties' pre-motion letters, or on such other briefing scheduled as may be set by the Court..

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

Daniel B. Pasternak, admitted *pro hac vice*
Counsel for Defendant Deloitte LLP Group Insurance Plan

cc: Counsel of Record (via ECF)