UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JOHN DOE,

Plaintiff,

-v-

DELOITTE LLP GROUP INSURANCE PLAN,

Defendant.

---------------------------------------------------------------------X

23 Civ. 4743 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the parties' pre-motion letters with regard to their anticipated motions for attorneys' fees and costs. Dkts. 67, 68, 69. The parties' deadline to move for attorneys' fees or costs is extended until November 12, 2026. By November 5, 2026, the parties shall jointly submit a proposed briefing schedule on the anticipated motions. The Clerk of Court is respectfully directed to close Dkt. 67.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge