GREEN HEALTH LAW
ERISA Health Benefit Appeals and Litigation

201 N. Brand Boulevard, Suite 200
Glendale, CA 91203
(818) 722-1164
egreen@greenhealthlaw.com

November 5, 2026

_VIA ECF_
Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Doe v. Deloitte LLP Group Insurance Plan*
Joint Letter Regarding Briefing Schedule
Case No. 1:23-cv-04743-JPC

Dear Judge Cronan:

The parties jointly submit the following proposed briefing schedule on the anticipated motions for attorneys' fees and costs pursuant to the Court's Order (ECF No. 70):

| | |
|---|---|
| November 12, 2026 | File Motions for Attorneys' Fees and Costs |
| December 17, 2026 | File Responsive Briefs |
| January 7, 2027 | File Reply Briefs |

The parties respectfully request that the Court approve the foregoing briefing schedule.

Very truly yours,

GREEN HEALTH LAW, APC

*/s/ Elizabeth K. Green*
Elizabeth K. Green, admitted *pro hac vice*
Counsel for Plaintiff John Doe

SQUIRE PATTON BOGGS (US) LLP

*/s/ Daniel B. Pasternak*
Daniel B. Pasternak, admitted *pro hac vice*
Counsel for Defendant Deloitte LLP Group Insurance Plan