GREEN HEALTH LAW
ERISA Health Benefit Appeals and Litigation

201 N. Brand Boulevard, Suite 200
Glendale, CA 91203
(818) 722-1164
egreen@greenhealthlaw.com

November 5, 2026

The Court approves the briefing schedule detailed in the parties' letter. The parties shall file any motions for attorneys' fees and costs by November 12, 2026. Responses shall be due on December 17, 2026, and any Replies shall be due on January 7, 2027.

SO ORDERED.
November 6, 2026

JOHN P. CRONAN
United States District Judge

*VIA ECF*
Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Doe v. Deloitte LLP Group Insurance Plan*
Joint Letter Regarding Briefing Schedule
Case No. 1:23-cv-04743-JPC

Dear Judge Cronan:

The parties jointly submit the following proposed briefing schedule on the anticipated motions for attorneys' fees and costs pursuant to the Court's Order (ECF No. 70):

| | |
|---|---|
| November 12, 2026 | File Motions for Attorneys' Fees and Costs |
| December 17, 2026 | File Responsive Briefs |
| January 7, 2027 | File Reply Briefs |

The parties respectfully request that the Court approve the foregoing briefing schedule.

Very truly yours,

GREEN HEALTH LAW, APC

*/s/ Elizabeth K. Green*
Elizabeth K. Green, admitted *pro hac vice*
Counsel for Plaintiff John Doe

SQUIRE PATTON BOGGS (US) LLP

*/s/ Daniel B. Pasternak*
Daniel B. Pasternak, admitted *pro hac vice*
Counsel for Defendant Deloitte LLP Group Insurance Plan