UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOHN DOE,

Plaintiff,

-against-

DELOITTE LLP GROUP INSURANCE PLAN,

Defendant.

-----------------------------------------------------------X

23-CV-04743-JPC

**NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

ECF CASE

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 54(d)(2) and 29 U.S.C. § 1132(g)(1), Plaintiff John Doe hereby moves for an award of reasonable attorney's fees and costs to Plaintiff, limited to attorney time and costs incurred from the preparation and filing of the Complaint through the Court's February 24, 2025 Order (ECF No. 44) and preparation of the present motion and reply brief.

Plaintiff seeks an award of attorney's fees and costs pursuant to pursuant to *Hardt v. Reliance Standard Life Ins. Co.*, 560 U.S. 242, 255 (2010) which provides that remand to the plan administrator for a new review and benefits determination constitutes sufficient success on the merits to establish eligibility for attorney's fees and costs under Section 1132(g)(1). Plaintiff is eligible for attorney's fees and costs pursuant to the Court's February 24, 2025 Order (ECF No. 44). Plaintiff seeks $130,731.00 in attorney's fees and $948.28 in costs, subject to supplementation.

This Motion is based on this Notice of Motion, the Memorandum of Law in support of the Motion, supporting declarations, and any additional briefing and evidence and oral argument

provided by Plaintiff in support of the Motion.

Dated: November 12, 2026

By: /s/ *Elizabeth K. Green*

Elizabeth K. Green, admitted *pro hac vice*
California State Bar No. 199634
GREEN HEALTH LAW, APC
201 N. Brand Blvd., Suite 200
Telephone: (818 722-1164
E-mail: egreen@greenhealthlaw.com

Eugene Killian, Jr., Esq. (Attorney ID 2043289)
Dimitri Teresh, Esq. (Attorney ID 5125281)
THE KILLIAN FIRM, P.C.
48 Wall Street, 11th Floor,
New York, NY 10005
(732) 912-2100
E-mail: ekillian@tkfpc.com
E-mail: dteresh@tkfpc.com

Attorneys for Plaintiff
John Doe