Elizabeth K. Green, admitted *pro hac vice*
GREEN HEALTH LAW APC
201 N. Brand Blvd., Suite 200
Telephone: (818) 722-1164
E-mail: egreen@greenhealthlaw.com

Attorneys for Plaintiff
John Doe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| JOHN DOE, | 23-CV-04743-JPC |
| Plaintiff, | **DECLARATION OF ELIZABETH K. GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |
| -against- | |
| DELOITTE LLP GROUP INSURANCE PLAN, | ECF CASE |
| Defendant. | |

-------------------------------------------------------------X

I, Elizabeth K. Green, declare and state:

1. I am an attorney duly licensed to practice law before all courts in the State of California and am admitted *pro hac vice* as lead counsel of record for Plaintiff in this matter. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to the following.

2. I am a founder and owner of the law firm Green Health Law, APC, a California based law firm solely focused on representing patients whose health claims have been denied under ERISA governed health plans. The firm does not handle any other type of ERISA benefit or practice area.

3. I attended the University of California, Los Angeles and graduated with a Bachelor of Arts with a double major in English and Women Studies in 1994.

4. I attended American University, Washington College of Law in Washington, D.C. and graduated with a Juris Doctor degree in 1998.

5. I was admitted to practice law in the State of California in December 1998. Since passing the bar, the focus of my practice has been insurance and ERISA benefit claim litigation on behalf of claimants.

6. Upon passing the California bar exam, I was employed by the law firm of Quisenberry & Barbanel LLP, subsequently Quisenberry & Kabateck LLP, representing insureds in property insurance cases.

7. In March 2003, I became employed by Gruber & Kantor, and upon the dissolution of Gruber & Kantor became employed by Kantor & Kantor LLP on May 1, 2004. My practice was focused on the representation of insureds in claim disputes with their insurance companies for health, life, and disability, and long term care benefits. I became a specialist in ERISA health cases. I was promoted to Partner at Kantor & Kantor in 2019.

8. In September 2023, I resigned from Kantor & Kantor and formed Green Health Law, APC, a California based law firm representing patients seeking health benefits under ERISA governed health plans.

9. ERISA is a very specialized practice area. ERISA health benefits claims are an even more specialized practice area. The legal and factual issues are distinct, complex, and often matters of first impression which make the cases time consuming and risky to litigate.

10. The ERISA regulations require thorough analysis and application to the facts. To perform well in this area, I am required to stay knowledgeable of legal developments and

decisions pertaining to ERISA regulations, health claims, and additional applicable laws such as the Affordable Care Act, the Federal Parity Act, and state insurance laws.

11. The large majority of the cases I have handled over the last 20 years have involved ERISA claims and more specifically, ERISA health benefit claims. I have been lead or co-lead counsel in many published ERISA cases across the country, including: *Doe v. The Signature Benefits Plan and The Disney Severance Pay Plan*, No. SA CV 24-2230 DMG (DFMX), 2026 WL 2790684 (C.D. Cal. Sept. 17, 2026); *Doe v. Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.*, No. CV 1:24-CV-02950-SCJ, 2026 WL 3093486 (N.D. Ga. July 28, 2026); *Delgado et al. v.* ILWU-PMA Welfare Plan, No. 24-1845, 2026 WL 161403 (9th Cir. Jan. 21, 2026); *Dwyer v. United Healthcare Ins. Co.*, 115 F.4th 640 (5th Cir. 2024); *K.G. v. Univ. of San Francisco Welfare Benefit Plan*, 2023 WL 5599009 (N.D. Cal. Aug. 28, 2023); *Paul v. Blue Cross Blue Shield of N. Carolina*, No. 5:23-CV-354-FL, 2024 WL 1286208 (E.D.N.C. Mar. 26, 2024); *Greenwell v. Grp. Health Plan for Emps. of Sensus USA Inc.*, 2023 WL 4743275 (E.D.N.C. Mar. 27, 2023); *Greenwell v. Grp. Health Plan for Emps. of Sensus USA Inc.*, 2022 WL 3134110 (E.D.N.C. Mar. 29, 2022); *Doe v. Blue Cross Blue Shield of Illinois*, 492 F. Supp. 3d 970 (D. Ariz. 2020); *Jamie F. v. UnitedHealthcare Ins. Co.*, 474 F. Supp. 3d 1052 (N.D. Cal. 2020); *Jessica U. v. Health Care Serv. Corp.*, 2020 WL 6504437 (D. Mont. Nov. 5, 2020); *S.B. v. Oxford Health Ins., Inc.*, 2019 WL 5726901 (D. Conn. Nov. 5, 2019); *Munnelly v. Fordham Univ. Faculty*, 316 F. Supp. 3d 714 (S.D.N.Y. 2018); *V. v. Health Care Serv. Corp.*, 2016 WL 4765709 (N.D. Ill. Sept. 13, 2016); *Noah U. v. Tribune Co. Med. Plan*, 138 F. Supp. 3d 1134 (C.D. Cal. 2015); *Pac. Shores Hosp. v. United Behavioral Health*, 764 F.3d 1030 (9th Cir. 2014); *Lauren B. v. Baxter Int'l Inc. & Subsidiaries Welfare Ben. Plan for Active Employees*, 298 F.R.D. 571 (N.D. Ill. 2014); *Lukas v. United Behavioral Health*, 2013 WL

223111 (9th Cir. 2013); *Hajjar v. Blue Cross & Blue Shield of Texas*, 2009 WL 2902482 (C.D. Cal. 2009); *Rodden v. Jefferson Pilot Financial Ins. Co.*, 2008 WL 5422890 (N.D. Cal. 2008); *Walker v. Metropolitan Life Ins. Co.*, 585 F.Supp.2d 1167 (N.D. Cal. 2008); *Bowen v. Consolidated Elec. Distributors, Inc. Employee Welfare Ben.*, 461 F.Supp.2d 1179 (C.D. Cal. 2006).

12. I receive many inquiries daily from patients, their families, providers, and attorneys across the country seeking legal assistance for matters involving health benefits under ERISA governed health plans.

13. I am currently lead counsel in matters for plaintiffs seeking health benefits under ERISA governed health plans outside of California due to the lack of attorneys with the expertise and experience in ERISA health benefits matters and the willingness to represent plaintiffs in this narrow area of law.

14. For this reason, I am counsel on a pro hac vice basis for plaintiffs seeking health benefits under ERISA governed health plans in cases currently pending in Georgia, Illinois, New Jersey, North Carolina, New York, Tennessee, Utah, and Washington.

15. I am currently co-lead trial counsel in three ERISA class actions regarding the denial of health benefits: *Cumalander v. BlueCross BlueShield of Tennessee, Inc.*, Case No. 23-cv-01174-M-RN (E.D.T.N. Complaint filed 7/20/23); *Paul et al v. Blue Cross Blue Shield of North Carolina*, Case No. 23-cv-00354-FL (E.D.N.C. Complaint filed 6/27/2023); *Molly C. et al. v. Oxford Health Ins., Inc.*, Case No. 21-cv-10144 (S.D.N.Y. Complaint filed 11/30/21).

16. Additionally, I have previously served as counsel on a pro hac vice basis for plaintiffs seeking health benefits under ERISA governed health plans in cases filed in Arizona, Connecticut, Kansas, Montana, Nevada, and Texas.

17. Attorneys in other states regularly refer potential ERISA health benefit matters to me due to the lack of attorneys with the expertise and experience in ERISA health benefits matters and the willingness to represent plaintiffs in this narrow area of law.

18. ERISA firms in New York, including Riemer Hess LLC and Schwartz, Conroy & Hack, PC, regularly refer ERISA health and mental health matters to me.

19. I regularly make presentations to lawyers and community organizations regarding health benefits and ERISA. In recent years, I have spoken to lawyers and patient groups regarding the following topics:

a. "When Health Claims Are Denied: ERISA Guidance & Strategies," Invited Speaker for the CURE Support Group, November 2026.

b. "Mental Health Parity: The Latest in Litigation and Avoiding It," American Bar Association Employee Benefits Committee Mid-Winter Meeting, February 2026.

c. Mental Health Parity and the No Surprises Act: Navigating the Latest Guidance and Enforcement Trends," American Bar Association's Tort Trial and Insurance Practice Section Midwinter Symposium on Employee Benefits, ERISA, Life, Health & Disability Insurance, and Insurance Regulation, February 2024.

d. "Hot Topics in Health Benefits," American Bar Association Employee Benefits Committee Mid-Winter Meeting, February 2024.

e. "Federal Regulation of Health Plans," American Bar Association's 2024 ERISA Basics National Institute.

20. I am a Co-Editor of the American Bar Association Employee Benefits Law Treatise Chapter "Regulation of Employee Health Care Benefit Plans," 2025-2026.

21. I am regularly interviewed by journalists for news articles regarding health benefits and ERISA.

22. I am engaged in community and nonprofit organizations advocating for patients, including Triage Cancer's Legal Advisory Council.

23. When I became a Partner at Kantor & Kantor in December 2019, the firm set my hourly rate with 20 years of experience at $800 per hour for individual cases.

24. In February 2026, the United States District Court for the Western District of Texas awarded attorney's fees based on the hourly rate of $800 in *Dwyer v. UnitedHealthcare Ins. Co.*, No. 1:17-cv-00439-RP, 2026 WL 184247, at *4-5 (W.D. Tex. Jan. 21, 2026), *adopted*, ECF No. 140 (W.D. Tex. Feb. 9, 2026) for attorney work incurred from 2017 to 2025. *Id.* at *2.

25. In 2025, my rate increased to $850 per hour for individual cases. This rate was based on my 26 years of experience and commensurate with the hourly rates approved in district courts in California for plaintiffs' counsel with similar years of experience representing ERISA claimants: *Candace Rushing v. Life Ins. Co. of N. Am.*, No. CV 24-10088-JFW(RAOX), 2026 WL 2353337, at *4 (C.D. Cal. Aug. 13, 2026) (Approving hourly rates of $875 to $925 for founding shareholder with ERISA experience); *Downes v. Unum Life Ins. Co. of Am.*, No. 23-CV-01643-RS, 2024 WL 4876940, at *1 (N.D. Cal. Nov. 22, 2024), *appeal dismissed*, No. 24-5322, 2025 WL 635443 (9th Cir. Jan. 27, 2025) (Approving hourly rate of $900 for partner with ERISA experience); *Dan C. v. Anthem Blue Cross Life and Health Ins. Co.*, 2024 WL 4425767 (C.D. Cal. Aug. 30, 2024) (Approving hourly rate of $850 for founding partner with ERISA experience); *Flores v. Life Ins. Co. of N. Am.*, 2022 WL 1577708, at *3 (C.D. Cal. Mar.

18, 2022) (Approving hourly rate of $800 for attorney with 20 years of ERISA experience); *Crew Inc. v. Walker*, No. 5:20-CV-00200-SVW-SP, 2022 WL 2162931, at *8 (C.D. Cal. Jan. 6, 2022) (Approving hourly rate of $800 for partner with extensive experience); *Connor v. Unum Life Ins. Co. of Am.*, 2021 WL 3141193, at *3 (N.D. Cal. July 26, 2021) (Approving hourly rate of $800 for 21-year attorney); *Shaikh v. Aetna Life Ins.*, 2020 WL 3402247 (N.D. Cal. 2020) (Approving hourly rate of $750 for work performed by 18-year attorney after August 2019).

26. In 2026, my rate increased to $900 per hour for individual cases due to the increased demand for my legal services in this specialized practice area and increased market rates. This rate is also supported by prevailing rates approved by the district courts in California for plaintiffs' counsel with similar years of experience representing ERISA claimants. *See Downes*, 2024 WL 4876940, at *1; *Candace Rushing v. Life Ins. Co. of N. Am.*, No. CV 24-10088-JFW(RAOX), 2026 WL 2353337, at *4 (C.D. Cal. Aug. 13, 2026) (Approving hourly rates of $875 to $925 for founding shareholder with significant ERISA experience).

27. Although my current rate is $900 per hour for individual cases. For purposes of this motion, I have voluntarily reduced my rate to $800 per hour.

28. I have represented Plaintiff in this matter on a contingency basis since the filing of the lawsuit in June of 2023 and have received no payment for my services.

29. Attached as Exhibit A is the attorney time sheet which contains a description of the services performed by me on this case from April 21, 2023 through the February 24, 2025 Remand Order, and for the attorney time associated with preparation of this motion. The attorney time sheet includes the date the work was performed, and the amount of time spent performing the task. The attorney time sheet includes an estimate of the anticipated attorney time necessary to file a reply brief regarding this motion. The total amount of attorney time is

173.80 hours and the total attorney's fees based on the attorney time sheet is $139,040.00. I have taken a voluntary reduction of 10% of the total requested fees to account for any potential inefficiency or redundancy. Therefore, the total attorney's fees are $125,136.00.

30. I attest to the accuracy and reasonableness of the time records in this matter. Given my experience litigating ERISA cases, it is my opinion that the number of hours billed for the work performed in this case was reasonable and necessary in order to effectively represent the client.

31. Attached as Exhibit B are the litigation costs incurred in this matter through February 24, 2025 in the amount of $948.28.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 12, 2026 in Glendale, California.

*/s Elizabeth K. Green*
Elizabeth K. Green