**Case Name:** ***Doe v. Deloitte LLP Group Insurance Plan***
**Case No.: 23-cv-04743-JPC**

**GREEN HEALTH LAW - ATTORNEY TIME SHEET**

| | |
|---|---|
| **TOTAL TIME (hours)** | 173.80 |
| **TOTAL FEE** | $ 139,040.00 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/21/23 | Review client documents | EKG | 1.20 |
| 04/26/23 | Tel call w/clients re Complaint, ERISA, litigation process | EKG | 1.00 |
| 04/26/23 | Email exchange follow-up with clients | EKG | 0.20 |
| 05/10/23 | Review client documents, draft ERISA Complaint | EKG | 5.40 |
| 05/12/23 | Review SDNY local rules, draft ERISA Complaint | EKG | 4.80 |
| 05/30/23 | Review and revise ERISA Complaint; review draft civil cover sheet, summons | EKG | 3.60 |
| 05/31/23 | Update clients re case | EKG | 0.20 |
| 05/31/23 | Email local counsel re case filing | EKG | 0.10 |
| 05/31/23 | Email response to client re questions about filing lawsuit | EKG | 0.10 |
| 06/05/23 | Review email from local counsel re filing | EKG | 0.10 |
| 06/06/23 | Review and revise Complaint; emails with local counsel re filing | EKG | 2.50 |
| 06/07/23 | Review court order regarding plaintiff's attempt to proceed under pseudonym | EKG | 0.10 |
| 06/08/23 | Email local counsel re pseudonym | EKG | 0.10 |
| 06/08/23 | Legal research re pseudonym; Draft letter motion requesting permission to proceed under pseudonym | EKG | 3.10 |
| 06/08/23 | Review and revise draft motion letter re pseudonym | EKG | 0.60 |
| 06/09/23 | Email exchange w/local counsel re filing letter motion re pseudonym | EKG | 0.20 |
| 06/09/23 | Review draft affidavit of EKG in support of PHV motion | EKG | 0.10 |
| 06/09/23 | Review SDNY rules re pro hac vice; review draft PHV application | EKG | 0.40 |
| 06/13/23 | Review court order granting pseudonym request | EKG | 0.10 |
| 06/13/23 | Review summons issued | EKG | 0.10 |
| 06/23/23 | Review service issues on Plan rejecting service | EKG | 0.20 |
| 06/26/23 | Draft letter to General Counsel at Plan re service and enclosing service documents | EKG | 0.20 |
| 06/29/23 | Review Affidavit of Service for filing | EKG | 0.10 |
| 07/06/23 | Review email and voicemail from df counsel | EKG | 0.10 |
| 07/10/23 | Tel call w/df counsel re case | EKG | 0.10 |
| 07/11/23 | Update client re case status | EKG | 0.10 |
| 07/11/23 | Email exchange w/df counsel re extension to respond to Complaint | EKG | 0.10 |
| 07/13/23 | Email exchange w/client re case status, respond to questions | EKG | 0.20 |
| 07/14/23 | Email exchange w/df counsel re extension to respond to Complaint and consent | EKG | 0.10 |
| 08/17/23 | Review email from clients re Answer deadline | EKG | 0.10 |
| 08/18/23 | Review Answer w/Complaint allegations | EKG | 0.20 |
| 08/18/23 | Email to clients re Answer | EKG | 0.10 |
| 08/22/23 | Review Notice of Assignment to Judge Cronan | EKG | 0.10 |
| 08/25/23 | Review email from df counsel re scheduling deadlines | EKG | 0.10 |
| 08/28/23 | Email df counsel re filing joint letter and tel call | EKG | 0.10 |
| 08/30/23 | Tel call meet/confer with df counsel re joint scheduling letter | EKG | 0.20 |
| 08/30/23 | Draft joint letter re Case Management Plan; email to df counsel re same | EKG | 1.00 |
| 09/01/23 | Review Df questions and revisions to joint letter; email df response and addl change | EKG | 0.20 |
| 09/07/23 | Review, respond to df counsel email re email to Court in advance of teleconference | EKG | 0.10 |
| 09/10/23 | Email Court chambers re df and Pl counsel appearing by teleconference | EKG | 0.10 |
| 09/11/23 | Review file in advance of Pretrial Conference | EKG | 0.20 |
| 09/11/23 | Attend by telephone Initial Pretrial Conference before Judge Cronan | EKG | 0.20 |
| 09/11/23 | Review Civil Case Management Plan and Scheduling Order issued by Court | EKG | 0.20 |
| 09/11/23 | Review minute entry re Scheduling Conference | EKG | 0.10 |
| 09/12/23 | Prepare internal litigation plan based on scheduling order | EKG | 0.30 |
| 09/12/23 | Confer w/client re scheduling order and litigation | EKG | 0.20 |
| 09/18/23 | Email exchange w/client re case status, respond to questions | EKG | 0.20 |
| 09/19/23 | Review email from client and respond with update. | EKG | 0.20 |
| 10/11/23 | Review defense counsel email re protective order, review draft protective order; review SDNY website and model protective orders. | EKG | 0.30 |
| 10/12/23 | Review sample protective orders, review draft by defense, revise and email defense counsel | EKG | 0.30 |
| 10/12/23 | Email exchange w/df counsel re production of record. | EKG | 0.10 |
| 10/13/23 | Preliminary review of Df's Initial Disclosure documents. | EKG | 0.50 |
| 10/13/23 | Email defense counsel re record received; review stipulated protective order filed. | EKG | 0.10 |

**Case Name:** ***Doe v. Deloitte LLP Group Insurance Plan***
**Case No.: 23-cv-04743-JPC**

**GREEN HEALTH LAW - ATTORNEY TIME SHEET**

| | |
|---|---|
| **TOTAL TIME (hours)** | 173.80 |
| **TOTAL FEE** | $ 139,040.00 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/23/23 | Review email from client and respond. | EKG | 0.20 |
| 10/23/23 | Review Df's supplemental initial disclosures. | EKG | 0.20 |
| 10/24/23 | Email exchange with client re status, upcoming deadlines. | EKG | 0.20 |
| 10/25/23 | Review client documents and draft Rule 26 initial disclosures. | EKG | 1.50 |
| 10/26/23 | Review and respond to defense counsel email re Pl initial disclosures. | EKG | 0.10 |
| 11/08/23 | Continued review Df's Initial disclosure documents. | EKG | 0.80 |
| 11/09/23 | Continued review Df's initial disclosure documents. | EKG | 2.20 |
| 11/09/23 | Review court docket and orders; email defense counsel re ADR options. | EKG | 0.20 |
| 11/09/23 | Email update to client re review of Df's documents. | EKG | 0.30 |
| 11/12/23 | Review email from defense counsel re ADR options; review email from client re update. | EKG | 0.10 |
| 11/13/23 | Email exchanges with defense counsel re ADR letter to court; draft and revise joint letter; finalize and file joint letter. | EKG | 0.30 |
| 11/13/23 | Continued review Df's initial disclosure documents. | EKG | 1.20 |
| 12/13/23 | Review benefit damages, attorney's fees, costs re settlement discussions. | EKG | 0.60 |
| 12/14/23 | Email exchange with defense counsel re tel call. | EKG | 0.10 |
| 12/15/23 | Review claim file prior to settlement discussions. | EKG | 0.50 |
| 12/15/23 | Telephone call w/defense counsel re settlement discussions. | EKG | 0.30 |
| 12/15/23 | Email update to clients and schedule t/c. | EKG | 0.20 |
| 12/18/23 | Tel call w/clients re case, settlement discussions, damages. | EKG | 0.80 |
| 12/18/23 | Review file, draft settlement demand. | EKG | 0.50 |
| 01/01/24 | Review emails from defense counsel and respond. | EKG | 0.20 |
| 01/02/24 | Tel call with defense counsel re settlement and update to Court. | EKG | 0.40 |
| 01/02/24 | Draft joint letter to Court; email to defense counsel with decision discussed; review changes from defense counsel, propose briefing schedule. | EKG | 0.50 |
| 01/05/24 | Review and calendar Court memo endorsement of letter and Feb 20 deadline. | EKG | 0.10 |
| 01/09/24 | Review citations provided by Defendant; review AR; email client update. | EKG | 1.00 |
| 01/10/24 | Review client email and evidence; email response. | EKG | 0.40 |
| 01/16/24 | Tel call w/client re status. | EKG | 0.30 |
| 01/23/24 | Research Second Circuit ERISA decisions. | EKG | 0.40 |
| 01/25/24 | Tel call with defense counsel re briefing schedule, settlement. | EKG | 0.20 |
| 02/13/24 | Case update to clients. | EKG | 0.20 |
| 02/13/24 | Draft joint letter to Court re briefing schedule. | EKG | 0.20 |
| 02/16/24 | Review defense counsel email and revisions to joint letter re briefing schedule. | EKG | 0.40 |
| 02/17/24 | Review email and revised draft of letter from defense counsel; revise letter and email defense counsel. | EKG | 0.20 |
| 02/20/24 | Review email re Df's changes to letter, revise letter, email defense counsel. | EKG | 0.20 |
| 02/21/24 | Email response to clients with update. | EKG | 0.20 |
| 02/24/24 | Review court order re briefing schedule. | EKG | 0.10 |
| 03/14/24 | Review standing order re filing motions, filing under seal. | EKG | 0.30 |
| 03/21/24 | Draft Motion for Judgment and factual statement | EKG | 0.40 |
| 03/25/24 | Legal research re Motion for Judgment standard of review, ERISA residential treatment decisions | EKG | 1.00 |
| 03/26/24 | Continue draft motion for judgment facts, standard of review, abuse of discretion denials. | EKG | 0.70 |
| 03/27/24 | Draft motion for judgment; draft facts; review AR; legal research re standard of review and FRCP 52. | EKG | 4.20 |
| 03/28/24 | Draft motion for judgment; legal research re ACA and ERISA; revise facts and review AR. | EKG | 5.30 |
| 03/29/24 | Draft motion for judgment, review AR, draft facts and standard of review arguments. | EKG | 3.30 |
| 03/30/24 | Legal research re ACA, state laws, network adequacy. | EKG | 2.80 |
| 04/01/24 | Draft motion for judgment; review AR; legal research re standard of review, ERISA health cases, network requirements. | EKG | 6.50 |
| 04/01/24 | Update to client re case. | EKG | 0.10 |
| 04/01/24 | Review docket, review protective order, review local rules; draft email to defense counsel re motion to seal. | EKG | 0.30 |
| 04/02/24 | Legal research re standard of review, ERISA issues; Further draft and revise motion for judgment. | EKG | 5.00 |

**Case Name:** ***Doe v. Deloitte LLP Group Insurance Plan***
**Case No.: 23-cv-04743-JPC**

**GREEN HEALTH LAW - ATTORNEY TIME SHEET**

| | |
|---|---|
| **TOTAL TIME (hours)** | 173.80 |
| **TOTAL FEE** | $ 139,040.00 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/03/24 | Review and legal research re SDNY local rules and judge individual rules re motion to seal. | EKG | 0.50 |
| 04/03/24 | Draft and revise motion for judgment. | EKG | 4.60 |
| 04/04/24 | Draft motion for judgment; draft declaration, organize and review exhibit; draft motion to seal; draft proposed orders; draft notices of motions. | EKG | 6.00 |
| 04/05/24 | Review and revise motion for judgment and motion to seal filings. | EKG | 5.50 |
| 04/08/24 | Review invoices from clients; email update to clients re brief filed. | EKG | 0.30 |
| 05/07/24 | Upload and preliminary review of Df's MSJ filings; email defense counsel re Word version of Separate Statement. | EKG | 0.40 |
| 05/08/24 | Review separate statement of facts forwarded by Df counsel assistant. | EKG | 0.20 |
| 05/21/24 | Draft response to Df's separate statement in support of MSJ. | EKG | 1.20 |
| 05/22/24 | Draft response to Df's separate statement; legal research and review AR re same. | EKG | 3.00 |
| 05/23/24 | Draft response to Df's separate statement. | EKG | 1.50 |
| 05/24/24 | Legal research re Df's MSJ; draft opposition to Df's MSJ re standard of review and Plan documents | EKG | 6.80 |
| 05/24/24 | Review FRCP 5.2; email to defense counsel re minor's DOB. | EKG | 0.20 |
| 05/25/24 | Legal research re Df's MSJ; draft opposition to Df's MSJ re full and fair review, futility, notice | EKG | 5.20 |
| 05/27/24 | Legal research re Df's MSJ; draft opposition to Df's MSJ and separate statement of facts. | EKG | 3.00 |
| 05/28/24 | Legal research in opposition to MSJ; draft opposition to MSJ and separate statement; review record re network adequacy, single case agreement exception request | EKG | 5.50 |
| 05/29/24 | Draft opposition to MSJ; finish draft separate statement response, review and revise. | EKG | 3.00 |
| 05/30/24 | Review recent court docket filings and entries. | EKG | 0.20 |
| 05/30/24 | Review, revise, further research, opposition to MSJ and response to separate statement. | EKG | 4.30 |
| 05/31/24 | Review, revise, finalize Response to Statement of Undisputed Material Facts and Opposition to MSJ. | EKG | 3.30 |
| 06/07/24 | Email exchange with defense counsel re separate statement. | EKG | 0.10 |
| 06/18/24 | Review Df's reply brief and response to Statement of Material Facts. | EKG | 0.80 |
| 07/11/24 | Email exchange w/client re update. | EKG | 0.20 |
| 12/12/24 | Review docket; email exchange w/client re status. | EKG | 0.20 |
| 02/24/25 | Review, research Court's opinion; email to co-counsel re decision. | EKG | 1.00 |
| 10/01/26 | Legal research re Motion for Attorney's Fees and timing post-judgment and SDNY rules | EKG | 1.20 |
| 10/02/26 | Email to df counsel re pre-motion letter re Motion for Attorney's Fees | EKG | 0.20 |
| 10/04/26 | Review df counsel response re pre-motion letter and extension | EKG | 0.10 |
| 10/05/26 | Legal research and draft pre-motion letter re request for attorney's fees and costs | EKG | 4.00 |
| 10/08/26 | Review Df response to pre-motion letter | EKG | 0.10 |
| 10/09/26 | Email exchanges with Jennifer Hess and Riemer Hess LLC staff re Riemer and Hess declarations in support of Motion for Attorney's Fees | EKG | 0.20 |
| 10/13/26 | Review Riemer Decl and Hess Decl in support of Motion for Attorney's Fees | EKG | 0.50 |
| 10/13/26 | Review Court's extension of motion filing date and briefing schedule | EKG | 0.10 |
| 11/03/26 | Email exchange w/df counsel re briefing schedule motion for attorney's fees | EKG | 0.20 |
| 11/03/26 | Email exchange w/local counsel re declaration for motion for attorney's fees | EKG | 0.20 |
| 11/04/26 | Draft letter re briefing schedule; email df counsel re same | EKG | 0.20 |
| 11/05/26 | Draft Memorandum of Law and Notice of Motion for Attorney's Fees; legal research re same | EKG | 4.30 |
| 11/05/26 | Review Killian declaration and exhibit | EKG | 0.20 |
| 11/06/26 | Legal research re Johnson factors, Hardt precedent in Second Circuit, reasonable rates | EKG | 4.00 |
| 11/06/26 | Draft and revise Memorandum of Law re Motion for Attorney's Fees | EKG | 2.60 |
| 11/09/26 | Prepare GHL fee bill for filing and review entries | EKG | 0.80 |
| 11/10/26 | Draft and revise Memorandum of Law for Motion for Attorney's Fees | EKG | 6.80 |
| 11/11/26 | Revise draft EKG Declaration in support of Motion for Attorney's Fees; cite check decisions in | EKG | 2.50 |
| 11/12/26 | Review, revise Memorandum of Law, cite check authorities; revise EKG Declaration and Exhibits; review Riemer, Hess, Killian declarations and exhibit for filing; review tables for brief. | EKG | 5.00 |
| tbd | Estimated time to review Df's response to the Motion and prepare a Reply brief | EKG | 8.00 |
| | | Total Hours | 173.80 |

**Case Name:** ***Doe v. Deloitte LLP Group Insurance Plan***
**Case No.: 23-cv-04743-JPC**

**GREEN HEALTH LAW - ATTORNEY TIME SHEET**

| | |
|---|---|
| **TOTAL TIME (hours)** | 173.80 |
| **TOTAL FEE** | $ 139,040.00 |

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | Subtotal<br>Elizabeth K. Green (EKG) 173.80 hours at $800/hour = $139,040.00<br>10% reduction ($13,904.00) = **$125,136.00** | | |