Green Health Law, APC - Costs

*Doe v. Deloitte LLP Group Ins. Plan*

Case No. 23-cv-04743-JPC

| Date | Description | | Amount |
|---|---|---|---|
| 5/28/2023 | Notary services for pro hac vice | $ | 15.00 |
| 6/12/2023 | District Court pro hac vice | $ | 200.00 |
| 7/5/2023 | Fedex mailing | $ | 24.28 |
| 7/7/2023 | Nationwide Legal LLC attorney service and court filing fee | $ | 709.00 |
| | | | |
| | Total Costs | $ | 948.28 |