UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

DELOITTE LLP GROUP INSURANCE PLAN,

Defendant.

Index No. 1:23-cv-04743-JPC
ECF CASE

**DECLARATION OF SCOTT MADISON RIEMER**

SCOTT M. RIEMER, an attorney, declares pursuant to 28 U.S.C. §1746, under penalties of perjury that the following is true and correct:

1. I make this affirmation in support of Plaintiff's application for attorney's fees and costs.

2. I am a 1983 graduate of the University of Michigan Law School. I am an attorney in good standing admitted to practice in the State of New York, the Southern District of New York, the Eastern District of New York, the Court of Appeals for the Second Circuit, and the United States Supreme Court.

3. I am the founding partner of Riemer Hess LLC. Prior to establishing the firm in 1994, I was an associate in the following firms: Gould & Wilkie (1984-85); Patterson, Belknap, Webb & Tyler (1985-1989); and Schoeman, Marsh & Updike (1989-1994). The Firm employs six (6) attorneys, five (5) paralegals, one (1) practice manager, one (1) legal support specialist, two (2) legal assistants, as well as intake team members. The Firm is located at 110 East 42nd Street, New York, New York 10017.

4. I have represented hundreds of claimants in complex claims under ERISA. I have appealed several cutting-edge ERISA cases to the Second Circuit:

Li v. First Unum Life Ins. Co., 2d Cir. Case No. 25-411 (Case Pending Briefing and Argument);

Levy v. Penn Mutual Life Ins. Co., et al. 2d Cir. Case No. 26-261 (Case Pending)

Schuyler v. Sun Life Assurance Co. of Canada, 150 F.4th 57 (2d Cir. 2025);

Wallace v. Group Long Term Disability Plan for Employees of TDAmeritrade Holding Corp., 2022 WL 2207926, (2d Cir. 2022)

Solnin v. Sun Life & Health Ins. Co., 2019 U.S. App. LEXIS 27199 (2d Cir. 2019)

Solnin v. Sun Life & Health Ins. Co., 2017 U.S. App. LEXIS 735 (2d Cir. 2017)

Young v. Hartford Life and Acc. Ins. Co., 2012 U.S. App. LEXIS 25985 (2d Cir. Dec. 20, 2012)

Levitian v. Sun Life and Health Insurance Company (U.S.), 2012 U.S. App. LEXIS 12340 (2d Cir. June 19, 2012)

Eptein v. Hartford Life Ins. Co., 2011 U.S. App. LEXIS 23162 (2d Cir. Nov. 18, 2011)

Bendik v. Hartford Life Ins. Co., 351 Fed. Appx. 519 (Nov. 3, 2009)

Winkler v. MetLife, 2006 U.S. App. LEXIS 5447 (2d Cir. March 1, 2006)

Langman v. Laub, 328 F.3d 68 (2d Cir. 2003);

Dunnigan v. MetLife, 277 F.3d 223 (2d Cir. 2002); and

Juliano v. The Health Maintenance Organization of New Jersey, 221 F.3d 279 (2d Cir. 2000).

5. I have served as lead counsel in a 968-member ERISA class action in the Southern District of New York (Wright, et. al. v. United States Trust Company of New York, et. al, 95 Civ. 6035 (SHS) (settled in 1998 for $2.4 million).

6. I have written or co-authored the following books on ERISA:

*A Personal Injury Attorney's Guide to TBI LTD Claims: Traumatic Brain Injury in Long Term Disability Claims* (Mar. 2024) (co-author Jennifer Hess);

*An Employment Attorney's Guide to ERISA Long Term Disability Claims* (James Publishing, Costa Mesa, CA) (Sept. 2022) (co-author Jennifer Hess);

*ERISA Disability Claims and Litigation* (James Publishing, Costa Mesa, CA) (April 2021) (co-author Jennifer Hess); and

*An Attorney's Guide to ERISA Disability Claims* (James Publishing, Costa Mesa, CA) (Mar. 2014).

7. I have written the following articles concerning various aspects of ERISA:

"Did the Supreme Court Flunk Constitutional Law When It Permitted Discretionary Review of Insured ERISA Benefits Cases," American Bar Association, Health and Disability & Life Insurance Law Committee, Committee News, Summer 2013 (co-authored with Jonathan Feigenbaum, Esq.).

"Top Ten Things That Employment Lawyers Should Know About Long Term Disability Insurance Claims," The New York Employee Advocate, Vol. 13, No. 5, July 2006.

"What to Do If Your Disability Benefits Are Denied" CFIDS Chronicle (Spring 2001);

"What to Do If You Become Disabled" CFIDS Chronicle (Winter 2001);

"HMO's Face a Post-Pegram World" New York Law Journal (July 13, 2000);

"Corporate Outsourcing and ERISA §510" New York Law Journal (June 27, 1997);

"What to Do When Denied Health or Disability Benefits" CFIDS Chronicle (Spring 1995);

"Jury Trials under ERISA" New York Law Journal (August 10, 1994); and

"Discretionary or Conditional Forms of Benefit" Journal of Pension Planning & Compliance (Fall 1986).

8. I have lectured on the following topics relating to the litigation of long term disability claims under ERISA:

"What Employment Lawyers Should Know About ERISA," National Employment Lawyers Association, National Convention, Baltimore, MD, June 28, 2025;

"What an Employment Lawyer Should Know About ERISA Disability Claims," National Employment Lawyers Association/New York Chapter Fall Conference at Fordham Law School, New York, NY, September 23, 2022;

"The Ongoing Discovery Battle: Understanding Its Scope and Limitations and

Implementing Meaningful Strategies in Today's Environment," American Conference Institute, New York, New York, on January 24, 2013;

"Disability Claims and Lyme Disease," 2012 Annual Meeting of the International Lyme and Associated Diseases Society, Inc., Boston, Massachusetts, on November 2, 2012;

"The Restrictions and Limitations Between the Own Occupation and the Any Occupation Standard," American Conference Institute, New York, New York, on January 26, 2012;

"Practical Tips to Make Conflict of Interest Discovery Work for You and Tips to Defend Against its Impact; A View from Both Sides of the Bench," American Bar Association, Tort Trial & Insurance Practice Section, Miami, Florida, on January 15, 2011

"ERISA Basics" conference held by the Pension Rights Center, on June 10, 2010;

"The Impact of MetLife v. Glenn on the Standard of Review and Discovery," American Conference Institute, Boston, Massachusetts, on June 15, 2009;

"ERISA Benefit Litigation: From Pilot Life and Firestone to Glenn—Where are We Now," ALI-ABA, Live Video Webcast, December 2, 2008;

"MetLife v. Glenn," Panelist at the New York, New Jersey and Connecticut Regional Conference of the College of Labor & Employment Lawyers, November 3, 2008;

"A New Firestone Drill under ERISA: MetLife v. Glenn," Practicing Law Institute, Live Audio Webcast, July 17, 2008;

"Standard of Review in ERISA Litigation in Light of MetLife v. Glenn," at the 11th National Advanced Forum on Litigation Disability Insurance Claims, American Conference Institute, Boston, Massachusetts, on June 12, 2008;

"Long-Term Disability Benefits in Danger: Disturbing Trends and Dirty Tricks" at Special Workshop on Long Term Disability Benefits, Friends in Deed, New York, New York, on October 24, 2007;

"Developments in ERISA Claims Handling and Litigation" at the 10th National Advanced Forum on Litigation Disability Insurance Claims, American Conference Institute, Boston, Massachusetts, on June 7, 2007;

"Litigating ERISA Disability Claims: Applicability, Discovery and Other Critical Issues" at the 9th National Advance Forum on Litigating Disability Insurance Claims, American Conference Institute, Miami, Florida, on February 23, 2006;

"Short Term and Long Term Disability Benefits" Lorman Education Services, April 19, 2001;

"Fiduciary Issues For Welfare Plans" NYSBA Labor and Employment Section, March 16, 2001; and

"Procedural Aspects of Litigating Benefit Claims" at the National Employment Lawyers Association/New York Spring Conference (April 1996).

9. The Firm maintains a wiki on disability issues, with practical information on disability insurance claims under ERISA, at www.riemerhess.com.

10. My current fee for hourly representation in ERISA matters is $950 per hour, which I believe to be fair and reasonable, based on my years of experience, and based on my personal knowledge of rates charged by other attorneys in ERISA matters nationwide. This rate has been in effect since January 1, 2026. Prior to that date, my rate was $925 per hour. I currently represent over 150 hourly rate clients who have agreed to and are currently paying that rate.

11. The current fees that my firm charges for hourly representation in ERISA matters for partners, associates and paralegals are: $675-$950 for partners, $550 per hour for associates, and $325-$395 for paralegals.

12. I am familiar with the legal skills and reputation of Elizabeth K. Green, through reputation and personal interaction. I believe she possesses a high level of experience and skill in ERISA litigation. I consider her a peer with abilities and experience at least commensurate with my own.

13. The practice of law representing ERISA beneficiaries is a very difficult area of law, given the frequent changes to the law, the complications of ERISA case-law and regulations, the frequent application of a deferential standard of review, and even a limited record in de novo cases. Very few attorneys practice in this area of the law regularly.

14. Further, as a practitioner of ERISA benefits law, it is my opinion that there are very few attorneys who have the skills and knowledge to regularly handle ERISA claims and litigation successfully on a regular basis, and it is my opinion that Ms. Green is among the top attorneys

practicing in this area of the law.

15. In my opinion, a reasonable hourly rate for Ms. Green given her abilities, experience and reputation would be at least $900 per hour.

16. I have no financial interest in the outcome of this case. I am not being paid for submission of this affirmation.

Dated: New York, New York
October 12, 2026

________________________________
SCOTT M. RIEMER