UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

DELOITTE LLP GROUP INSURANCE PLAN,

Defendant.

Index No. 1:23-cv-04743-JPC
ECF CASE

**AFFIRMATION OF JENNIFER HESS**

JENNIFER HESS, an attorney, admitted to practice before this Court declares pursuant to 28 U.S.C. § 1746, under penalties of perjury that the following is true and correct:

1. This affirmation is in support of Plaintiff's application for attorney's fees and costs.

2. Within my firm, I currently perform substantially more client-related work on matters than my partner, Mr. Riemer.

3. This delegation and division of client-related work makes the firm more accessible to the reasonable client.

4. The current fees that my firm charges for hourly representation in ERISA matters are as follows: $675-$950 for partners; $550 per hour for associates; $325-$395 for paralegals; $300 for the legal support specialist; $350 for our practice manager; and $250 for legal assistants.

5. My current fee for hourly representation in ERISA matters is $775, which I believe to be fair and reasonable, based on my years of experience, and based on my personal knowledge of rates charged by other attorneys in ERISA matters nationwide. This rate has been in effect since January 1, 2026. Prior to that date, my rate was $750 per hour. I currently represent over 150 hourly rate clients who have agreed to and are currently paying that rate.

6. I am a 2013 graduate of St. John's University School of Law.

7. I am an attorney in good standing admitted to practice in the State of New York, the Southern District of New York, the District of Connecticut, and the Second Circuit Court of Appeals.

8. In January 2016, I started working at Riemer & Associates LLC, concentrating almost exclusively on ERISA litigation, particularly claims for long term disability benefits. I became a partner on January 1, 2020, and the name of the firm was subsequently changed to Riemer Hess LLC (the "Firm"). The Firm employs six (6) attorneys, five (5) paralegals, one (1) practice manager, one (1) legal support specialist, and two (2) legal assistants, as well as intake team members. The Firm is located in Midtown Manhattan at 110 East 42nd Street, Suite 1418, New York, NY 10017.

9. Prior to joining the Firm, I was an associate attorney at Klee & Woolf, LLP, where I advocated for approval of Social Security Disability benefits at the administrative level, and later in federal litigations against the Commissioner of Social Security.

10. I have co-authored a book entitled "ERISA Disability Claims and Litigation," published by James Publishing in 2021, a leading legal publisher in the area of Social Security disability and other disability claims.

11. I have co-authored a book entitled "An Employment Attorney's Guide to ERISA Long Term Disability Claims," published in 2022, which provides guidance to employment attorneys regarding the intersection between employment law and ERISA long term disability claim issues.

12. I have co-authored a book entitled "A Personal Injury Attorney's Guide to TBI LTD Claims: Traumatic Brain Injury in Long Term Disability Claims," published in 2024, which provides guidance to personal injury attorneys regarding how traumatic brain injuries are treated during the long term disability claims process.

13. I have represented hundreds of claimants in complex disability claims under ERISA at the administrative claim and appeal levels.

14. I have represented dozens of clients in civil actions to recover long term disability benefits under ERISA in the Southern District of New York. These include:

*Frayman v. The Prudential Ins. Co. of Am.*, 1:15-cv-02104-DAB

*Sigal v. Metropolitan Life Ins. Co.*, 1:16-cv-03397-JPO

*Aitken v. Aetna Life Ins. Co.*, 1:16-cv-04606-PGG-RWL

*Tietjen v. UNUM Life Ins. Co. of Am.*, 1:16-cv-07021-JMF-SN

*Weber v. First UNUM Life Ins. Co.*, 1:17-cv-03254-KPF

*Marino v. CIGNA Life Ins. Co. of N.Y.*, 1:18-cv-03122-GHW

*Szendrey v. Metropolitan Life Ins. Co.*, 1:18-cv-03725-AJN

*Tedaldi v. Life Ins. Co. of N. Am.*, 1:18-cv-03965-GBD-OTW

*Himmelstein v. Ameritas Life Ins. Corp.*, 1:18-cv-11474-JPO

*Scholz v. Metropolitan Life Ins. Co.*, 1:19-cv-00558-CM

*Krist v. Metropolitan Life Ins. Co.*, 1:19-cv-05896-JMF

*Glickman v. First Unum Life Ins. Co.*, 1:19-cv-5908-VSB-SDA

*Betancourt v. Reliance Standard Life Ins. Co.*, 1:20-cv-04995-LTS-SLC

*Schuyler v. Sun Life Assurance Co. of Canada*, 1:20-cv-10905-RA

*Chicco v. First UNUM Life Ins. Co.*, 1:20-cv-10593-DLC-SN

*Dornau v. Hartford Life & Accident Ins. Co.*, 1:21-cv-04144-LGS

*Graziano v. First Unum Life Ins. Co.*, 1:21-cv-2708-AJN-DCF

*Israel v. Unum Life Ins. Co. of Am.*, 1:21-cv4335-GHW-JLC

*Chung v. Provident Life and Casualty Ins. Co.*, 1:21-cv-9344-AKH

*Rhodes v. First Reliance Standard Life Ins. Co.*, 1:22-cv-5264-AKH

*Quigley v. Unum Life Ins. Co. of Am.*, 1:22-cv-5906-JPO

*Rappaport v. Guardian Life Ins. Co. of Am.*, 1:22-cv-8100-JLR

*Wudke v. Lincoln National Life Ins. Co.*, 1:23-cv-3010-ALC

*Doe v. First Unum Life Ins. Co.*, 1:23-cv-6985-DLC

*Roe v. First Unum Life Ins. Co.*, 1:24-cv-4164-JHR

*Zurita v. First Unum Life Ins. Co.*, 1:24-cv-4196-PAE

*Cruikshank v. First Unum Life Ins. Co.*, 1:24-cv-6458-ALC

*Wanger v. First Unum Life Ins. Co.*, 1:24-cv-6687-AS

*Doe v. First Unum Life Ins. Co.*, 1:25-cv-00069-JLR

*Terzulli v. The Prudential Life Ins. Co. of Am.*, 1:25-cv-1913-GHW

*Levy v. Penn Mutual Life Insurance Company, et al.* 1:25-cv-08527

*McGinnis v. Prudential Insurance Company of America,* 1:25-cv-10344

*Doe v. Provident Life and Casualty Insurance Company*, 1:26-cv-06320

15. I have represented clients in civil actions to recover other benefits under ERISA, such as group life insurance benefits or health insurance benefits, in the Southern District of New York. These actions include:

*Gottlieb v. Hartford Life and Acc. Ins. Co.*, 1:15-cv-04763-ALC

*Colin D., et al v. Morgan Stanley Medical Plan et al*, 1:20-cv-09120-LTS-GWG

*Thomas R., et al v. Hartford Life and Acc. Ins. Co.*, 1:21-cv-01388-JGK

16. I regularly serve as trusted local counsel in civil actions to recover benefits under ERISA in the Southern District of New York and the District of Connecticut. These actions include:

*Novick v. Metropolitan Life Ins. Co.*, 1:09-cv-06865-RKE

*M. v. Group Health Incorporated et al*, 1:14-cv-08018-GBD

*W. v. Empire Health Choice Assurance, Inc.*, 1:15-cv-05250-CM

*McCoy v. Metropolitan Life Ins. Co.*, 1:16-cv-09297-DAB

*Munnelly v. Fordham Univ. Faculty and Admin. HMO Ins. Plan, et al*, 1:16-cv-05632-PGG

*N. v. UnitedHealthcare Ins. Co. of N.Y.*, 1:16-cv-05642-PKC

*Doe v. Oxford Health Ins., Inc.*, 1:16-cv-08362-LAK-JCF

*Megan D. v. Oxford Health Ins., Inc.*, 1:16-cv-07092-AT-RLE

*Meltzer v. Paul Revere Life Ins. Co.*, 1:17-cv-02748-WHP

*N'Diaye v. Metropolitan Life Ins. Co.*, 1:17-cv-04260-GBD-BCM

*Hughes v. Hartford Life Ins. Co.*, 3:17-cv-01561-JAM

*Royce v. Prudential Ins. Co. of Am.*, 1:18-cv-05367-AJN

*R. v. Highmark Blue Cross Blue Shield et al*, 1:19-cv-10490-RA

*Nuss v. Guardian Life Ins. Co. of Am.*, 1:20-cv-09189-MKV

*Grant L. v. United Healthcare Service, Inc., et al*, 1:22-cv-1320

*McLaughlin v. First Unum Life Ins. Co.*, 1:24-cv-3082-JPC

17. I have appealed multiple ERISA long term disability cases to the Second Circuit Court of Appeals that set new precedent in the Second Circuit, including:

*Li v. First Unum Life Ins. Co.*, 2d Cir. Case No. 25-411 (Case Pending Briefing and Argument)

*Levy v. Penn Mutual Life Ins. Co., et al.* 2d Cir. Case No. 26-261 (Case Pending)

*Schuyler v. Sun Life Assurance Co. of Canada*, 2d Cir. Case No. 23-498

*Wallace v. Group LTD Plan for Employees of TD Ameritrade Holding Corp.*, 2022 WL 2207926 (2d Cir. June 21, 2022)

*Solnin v. Sun Life & Health Ins. Co.*, 776 Fed. App'x 731 (2d Cir. Sept. 10, 2019)

*Solnin v. Sun Life & Health Ins. Co.*, 672 Fed. App'x 121 (2d Cir. Jan. 12, 2017)

18. I occasionally represent plaintiffs in civil actions filed in the New York Supreme Court Commercial Division to recover long term disability insurance benefits outside the scope of ERISA.

19. I have avoided litigation of ERISA long term disability matters via pre-suit alternative dispute resolution efforts.

20. I regularly present and speak regarding ERISA long term disability litigations at conferences/seminars. These include several live Continuing Legal Education classes with Lawline, which are available on-demand at https://www.lawline.com/lawyer/jennifer-l-hess:

"ERISA Long Term Disability: A Practice Guide to Policies"

"Practical Guide to ERISA Long Term Disability Claims"

"Appeal Strategies for ERISA Long Term Disability Claims"

"Understanding and Navigating ERISA Long Term Disability Policies"

"Effective Client Counseling for Clients with Disabilities"

"Strategies for ERISA Long Term Disability Litigations"

"Navigating the Intersection of Employment Law and Long Term Disability Claims"

"Protecting Disability Benefits After Approval: High-Risk Reviews & Investigations" (2026, U.S. Pain Foundation)

"Protecting Disability Benefits After Approval: Understanding Routine Reviews" (2026, U.S. Pain Foundation)

"Navigating Insurance and Disability Benefits: Preparing for Your Long-Term Disability Claim" (2026, U.S. Pain Foundation)

"ERISA Long-Term Disability Claims: Appeal Strategies, Rights and Protections, Best Practices for Counsel" (2026, Strafford Barbri)

"Understanding LTD Claims for Individuals with Spondylitis, Spondyloarthritis, Ankylosing Spondylitis, and Related Diseases" (2026, Spondylitis Association of America)

21. In 2022, I presented a CLE-eligible course, "What an Employment Lawyer Should Know About ERISA Disability Claims," at Fordham Law School for New York's Chapter of the National Employment Lawyer Association (a/k/a NELA).

22. I have authored or co-authored several scholarly articles on topics related to ERISA long term disability claims and litigation, including:

"How to Protect Your Long-Term Disability Benefits After Approval When You Live With Chronic Pain", U.S. Pain Foundation, August 2026

"When you can't work due to Lyme disease: understanding disability benefits", LymeDisease.Org, August 2026

"Why was your Lyme disability insurance claim denied?", LymeDisease.Org, March 2026

"Long-Term Disability and Chronic Pain: What the Claims Process Often Misses", U.S. Pain Foundation, February 2026

"Tackling Disability Defenses in TBI Cases", American Association for Justice Trial Magazine, July 2024

"Assessing the 2018 ERISA Long-Term Disability Claims Regulations: Five Years Later", American Bar Association Tort Trial & Insurance Practice Law Journal, Spring 2024 (59:1)

"What Every Employment Attorney Advising Individuals Should Know About Long-Term Disability", New York State Bar Association Labor and Employment Law Journal, 2023 (47:1)

23. I have authored or co-authored eleven (11) e-books relating to ERISA long term disability claims and litigation, which are published on my Firm's website at www.riemerhess.com.

24. My Firm maintains an extensive informational library on disability issues, with practical information on disability insurance claims under ERISA, at www.riemerhess.com. I have written and/or edited most of the informative material that is available on the Firm's site.

25. I regularly provide helpful insight and legal analysis to employment attorneys regarding the impact of severance/termination agreements on group long term disability insurance coverage.

26. The practice of law representing ERISA disability claimants is a very difficult area of law requiring specialized knowledge and experience. ERISA disability cases are impacted by many rules and regulations, including: claims procedure regulations issued by the U.S. Department of Labor, certain provisions of ERISA, insurance statutes, regulations and concepts, general concepts of contract and trust law, and most particularly, court-created procedures pertaining to exhaustion of administrative remedies, standard of review, statute of limitations, venue, remands, remedies, discovery, the award of attorney fees, and the admissibility of evidence. An experienced practitioner also needs to be conversant in how to prove a disability which requires specialized knowledge of the symptoms, restrictions, and limitations caused by numerous disabling illnesses; the material duties of

many different occupations; the internal practices of many individual insurance companies; and the specific provisions of many different disability insurance policies. Very few attorneys practice in this area of the law regularly.

27. I am familiar with the legal skills of Elizabeth K. Green, through reputation and personal interaction. She possesses a high level of experience and skill in ERISA litigation. I consider her a peer with abilities and experience at least commensurate with my own.

28. Further, based on my experience practicing ERISA benefits law, I believe that relatively few attorneys possess the specialized knowledge and skills necessary to successfully litigate ERISA claims on a consistent basis. In my opinion, Ms. Green is among the most accomplished attorneys practicing in this highly specialized area of law.

29. In my opinion, an hourly rate of at least $900 is reasonable and appropriate in light of Ms. Green's skill, experience, and professional reputation.

30. I am not being paid for submission of this affirmation and do not have any financial interest in the outcome of this matter.

Dated: October 13, 2026
New York, NY

/s/ Jennifer L. Hess
JENNIFER L. HESS
(SDNY No. JS3684)