UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Doe,

Plaintiff,

v.

Deloitte LLP Group Insurance Plan,

Defendant.

Civil Action No. 1:23-cv-04743-JPC

**DEFENDANT DELOITTE LLP GROUP INSURANCE PLAN'S NOTICE OF MOTION FOR ATTORNEYS' FEES**

**Judge John P. Cronan**

PLEASE TAKE NOTICE that Defendant Deloitte LLP Group Insurance Plan ("Deloitte") hereby moves this Court for an Order awarding Deloitte attorneys' fees in the amount of $131,532.50.

Deloitte's Motion for Attorneys' Fees is based upon the accompanying Memorandum of Law in support thereof, and the exhibits thereto, all pleadings, records, and proceedings in this matter, the oral arguments of counsel, and upon any other information that may be required by the Court.

Dated: November 12, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

*/s/ Daniel B. Pasternak*

Daniel B. Pasternak (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016
T: (602) 528-4000
F: (602) 253-8129
daniel.pasternak@squirepb.com

Paul D. Erian
SQUIRE PATTON BOGGS (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, New York 10036
T: (212) 872-9800
F: (212) 872-9815
paul.erian@squirepb.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2026, I caused a copy of the foregoing to be served via ECF/CM filing on the ECF registrants for this case.

*/s/ Laura Ramirez*