SQUIRE PATTON BOGGS

# Kristine M. Woliver



**Partner**

**Columbus**
T +1 614 365 2792

**Cincinnati**
T +1 513 361 1200

**kristine.woliver@squirepb.com**

## About Kristine

Kris Woliver advises her clients on all aspects of employment law and advocates on their behalf in complex litigation, with specialties in ERISA and commercial contract litigation.

Kris provides practical counseling to multi-state companies to ensure their employee policies and practices further corporate goals while minimizing legal risk. Having recently completed a six-month secondment serving as global employment counsel for a publicly traded financial technology company, Kris has a unique understanding of how to best deliver employment legal guidance for practical and efficient implementation.

When employee disputes arise pre-litigation, Kris is adept at facilitating clean resolution and working with clients to create new protocols for avoiding similar issues in the future. Kris specifically has expertise in all aspects of corporate investigations and related harassment matters. Kris has led a wide variety of employment investigations, ranging from internal sexual harassment complaints, to anonymous complaints issued against high-profile executives, to employee and executive complaints of systemic harassment and discrimination.

Kris also regularly defends companies in employee-based lawsuits, including against all varieties of discrimination, harassment and retaliation claims, wage and hour disputes (including nationwide class actions), executive compensation, and other wrongful termination or contractual matters.

Kris' specialties in complex litigation include expertise in ERISA benefits and fiduciary duty matters, along with commercial contract disputes. In the ERISA space, she is skilled at simplifying complex benefits claims and 401(k)/403(b) disputes, and has successfully resolved such matters all over the country. Kris recently obtained full dismissal of a breach of fiduciary duty 401(k) action and a total defense victory in an ERISA top hat plan dispute. As to commercial contract disputes, Kris is quick to understand the business' priorities and fiercely advocates for successful outcomes. Kris recently obtained full dismissal of multi-claim contract-based action and also recently secured a high damages breach of contract victory.

While in law school, Kris served as the business editor for the *Ohio State Law Journal*. While studying Economics and Spanish at The Ohio State University, she studied abroad in Toledo, Spain. Kris is a member of Phi Beta Kappa. Furthering her passion for animal welfare, Kris currently serves on the Board of Trustees for Columbus Humane.

## Experience

- Obtained summary judgment for employer in disability discrimination, retaliation and FMLA case in federal court.
- Obtained total defense victory in arbitration for international retailer in ERISA retiree benefits dispute involving US$5 million claim.
- Obtained favorable settlement on behalf of Ohio company in ERISA withdrawal liability dispute.
- Successfully defended international company in racial discrimination and retaliation case in Ohio state court.
- Successfully defended administrative charges for age, race, gender and disability discrimination and retaliation claims for a variety of companies.
- Represented international finance company in obtaining and enforcing injunction order to protect trade secrets, and obtaining summary judgment against former CEO for breach of confidentiality agreement.
- Obtained total defense victory in New York federal court against former CEO's legal and equitable claims seeking US$25 million in awards under LTIP.
- Successfully defended use of fluctuating workweek method of pay under Kentucky law.
- Counseled national fraternity organization regarding chapter management and various university disputes.
- Served on Monitorship team of major automotive company, per US Government Consent Order.
- Conducted numerous whistleblower, discrimination and harassment investigations for multiple companies.

## Credentials

### Education

- The Ohio State University, J.D., *cum laude, Ohio State Law Journal*, 2014
- The Ohio State University, B.A., *with honors, Phi Beta Kappa, summa cum laude*, 2011

### Admissions

- Ohio, 2014

### Courts

- U.S. Dist. Ct., S. Dist. of Ohio
- U.S. Dist. Ct., N. Dist. of Ohio

### Memberships & Affiliations

- Board Member, YWCA Columbus
- Board Trustee, Executive Committee Member and Human Resources Committee Chair, Columbus Humane

## Recognitions

- Recognized in *Best Lawyers: Ones to Watch in America* 2021-2026 for Employee Benefits (ERISA) Law in Columbus
- Recognized in *Columbus CEO* magazine's 2023 Top Lawyers in the Columbus area
- Selected, Leadership Columbus Class, 2022

## Expertise

### Services

- Labor & Employment

## Publications & Speaking Engagements

- Presenter, "A Roadmap to Practicing Law Post Dobbs," Ohio State Bar Association Webinar, September 19, 2022.
- Panelist, "401(k) Best Practices," PNC Institutional Asset Management Seminar, July 13, 2022.
- Author, "EEOC Presses Pause on Collection of EEO-1 Pay Data After This Year's September 30 Reporting Deadline (US)," *Employment Law Worldview Blog*, September 13, 2019.
- Author, "EEOC Opens Online Filing System: Are You Ready for the September 30, 2019 Pay Data Reporting Deadline? (US)," *Employment Law Worldview Blog*, July 16, 2019.
- Co-Author, "Employers Prepare: New York Continues to Revamp Workplace Harassment Law (US)," *Employment Law Worldview Blog*, July 9, 2019.
- Presenter, "The Last Rose – The Bachelor's Guide to Sexual Harassment and Misconduct," L&E Annual Seminar (CLE), September 18, 2018.
- Author, "U.S. Department of Labor Expands Association Health Plans," *Employment Law Worldview Blog*, June 22, 2018.
- Author, "6th Circuit Shores Up Deference to Plan Administrator Interpretation in ERISA Retiree Benefits Suit (US)," *Employment Law Worldview Blog*, May 17, 2018.
- Author, "DOL Delays 'Final Rule' for ERISA Disability Benefits," *Employment Law Worldview Blog*, December 1, 2017.
- Presenter, "Employment Hot Topics Family Feud," L&E Annual Seminar (CLE), October 25, 2017.
- Presenter, "Social Media State of the Union," Squire Patton Boggs Webinar, April 14, 2016.
- Author, "High Court Holds ERISA Preempts State Law Regulating Plan Reporting Requirements," *Employment Law Worldview Blog*, March 9, 2016.
- Author, "Executive Action: Obama's Legacy and 2016 Predictions (Part 2 of 2)," *Employment Law Worldview Blog,* January 15, 2016.
- Author, "Executive Action: Obama's Legacy and 2016 Predictions (Part 1 of 2)," *Employment Law Worldview Blog,* January 14, 2016.
- Author, "New York City Commission on Human Rights Clarifies Which Positions are Exempt from Newly Effective Credit Check Law," *Employment Law Worldview Blog,* October 6, 2015.
- Author, "Supreme Court Extends Same-Sex Marriage Rights to All 50 States," *Employment Law Worldview Blog,* June 26, 2015.
- Author, "Colorado Supreme Court Confirms Employers May Fire Employees for Medical Marijuana Use," *Employment Law Worldview Blog.* June 15, 2015.
- Author, "10th Circuit Reverses EEOC Win After Lower Court Applied Wrong ADA Direct-Threat Standard," *Employment Law Worldview Blog,* March 18, 2015.
- Author, "Freeman's Background Check Win Has Little to Do with Background Checks, Everything to Do with EEOC Experts," *Employment Law Worldview Blog,* February 27, 2015.
- Author, "That Delaware choice of law provision might not save your non-compete, at least when California is involved," *Employment Law Worldview Blog,* February 6, 2015.
- Author, "President Obama Pushes Increased Funding and High Hopes for the DOL, EEOC, and NLRB in the FY 2016 Proposed Budget," *Employment Law Worldview Blog,* February 3, 2015.

## About our firm

One of the world's strongest integrated law firms, providing insight at the point where law, business and government meet. We deliver commercially focused business solutions by combining our legal, lobbying and political capabilities and invaluable connections on the ground to a diverse mix of clients, from long-established leading corporations to emerging businesses, startup visionaries and sovereign nations. More than 1,500 lawyers in over 40 offices across four continents provide unrivaled access to expertise.