SQUIRE PATTON BOGGS

# Gabrielle Martin

**Associate**

**Phoenix**
T +1 602 528 4056

**gabrielle.martin@squirepb.com**



## About Gabrielle

Gabby Martin is an associate in the Phoenix office, where she represents employers in matters involving employees and labor unions. Gabby defends employers in a broad variety of labor and employment cases, including labor arbitrations, National Labor Relations Board (NLRB) proceedings involving unfair labor practice charges, wage and hour actions, and lawsuits involving other labor and employment issues.

Gabby also assists employers with disputes before administrative agencies and offers pre-litigation and pending litigation support in employment matters.

Gabby represents employers in matters arising under federal, state and local employment laws, including claims of wrongful discharge, wage and hour violations, discrimination, ERISA denial of benefits, and noncompete and nonsolicitation covenant cases. In addition, Gabby supports employers by providing comprehensive guidance on a wide variety of employment matters. She assists clients by reviewing and drafting employment policies and employee handbooks to ensure compliance with current laws, including paid sick leave laws. She counsels clients by reviewing and drafting various contracts, including independent contractor agreements.

Gabby assists employers across a wide range of industries in traditional union/management labor relations matters. This includes unfair labor practice charges and representation issues before the NLRB. Gabby likewise counsels clients regarding employers' obligations in collective bargaining negotiations and other union-related labor relations matters.

Prior to joining the firm, Gabby was a note editor of the *Arizona Law Review* and earned the CALI Excellence for the Future Award in both property and contract drafting. Gabby was actively involved with the American Constitution Society and the Supreme Court Teaching Fellowship.

## Credentials

### Education

- The University of Arizona, J.D., 2023
- The University of Arizona, B.A., 2018

### Admissions

- Arizona, 2023

## Expertise

### Services

- Labor & Employment

## About our firm

One of the world's strongest integrated law firms, providing insight at the point where law, business and government meet. We deliver commercially focused business solutions by combining our legal, lobbying and political capabilities and invaluable connections on the ground to a diverse mix of clients, from long-established leading corporations to emerging businesses, startup visionaries and sovereign nations. More than 1,500 lawyers in over 40 offices across four continents provide unrivaled access to expertise.