| Date | Attorney Name | Billed Hours | Billed Rate | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 11/11/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to E. Green transmitting Aetna claim determination following appeal on remand. |
| 11/11/2025 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re Aetna claim determination following appeal on remand. |
| 11/11/2025 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with J. Kutinsky re claim determination ([redacted]). |
| 11/11/2025 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Conference with Deloitte team re claim determination following appeal on remand. |
| 11/11/2025 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Conference with client regarding appeal letter determination. |
| 11/14/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Confer with K. Woliver re joint status letter. |
| 11/14/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to E. Green re joint status letter. |
| 11/14/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Conference with E. Green re joint status letter. |
| 11/14/2025 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Draft joint status letter. |
| 11/19/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Confer with K. Woliver re suggestions for procedural path forward [redacted]. |
| 11/19/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Update client re status (joint status letter). |
| 11/19/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Review Court order endorsing joint status letter. |
| 11/20/2025 | Woliver, Kristine M. | 0.30 | 650 | $195.00 | Conference with D. Pasternak regarding court conference and proposal to judge regarding next steps. |
| 11/20/2025 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Draft Defendant's portion of joint status letter addressing disposition of administrative appeal and proposal for continued case processing. |
| 11/20/2025 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Confer with K. Woliver re proposal for continued case processing per Court order directing joint status letter re same. |
| 11/20/2025 | Woliver, Kristine M. | 0.60 | 650 | $390.00 | Review law regarding court review of plan determination on remand. |
| 11/20/2025 | Pasternak, Daniel B. | 1.30 | 650 | $845.00 | Research re procedural issues/motion practice in SDNY under [redacted]. |
| 11/21/2025 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Revise joint letter draft and correspondence to E. Green re same. |
| 11/21/2025 | Woliver, Kristine M. | 0.60 | 650 | $390.00 | Conference with client regarding status and litigation strategy. |
| 11/21/2025 | Pasternak, Daniel B. | 0.60 | 650 | $390.00 | Conference with Deloitte team and K. Woliver re proposed joint letter to Court proposing [redacted]. |
| 11/24/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to client updating re joint status letter. |
| 11/24/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to E. Green re final approval of joint letter. |
| 11/24/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Revise Defendant's portion of letter in light of Plaintiff's position. |
| 11/24/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Review E. Green insert to draft joint letter to court. |
| 11/25/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to Deloitte team updating following status conference re briefing schedule. |
| 11/25/2025 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Prepare for status conference. |
| 11/25/2025 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Status conference with Judge Cronan re procedure following response to Plaintiff's administrative appeal of claim determination on remand. |
| 12/1/2025 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re procedure [redacted]. |
| 12/1/2025 | Woliver, Kristine M. | 0.80 | 650 | $520.00 | Outline legal strategy re dispositive motion, supplemental administrative record, and Plan's positioning [redacted]. |
| 12/3/2025 | Woliver, Kristine M. | 1.10 | 650 | $715.00 | Conference with D. Pasternak re summary judgment strategy and plan. |
| 12/3/2025 | Pasternak, Daniel B. | 1.30 | 650 | $845.00 | Conference with K. Woliver re issues and strategy for renewed summary judgment briefing. |
| 12/3/2025 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Correspondence to E. Green re supplemental administrative record and seal matters. |
| 12/4/2025 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Confer with E. Green re supplementing of administrative record and motion to seal. |
| 12/4/2025 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Coordinate preparation of supplement to administrative record and review local rules re [redacted]. |
| 12/5/2025 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Review Court rules re [redacted] and standard under [redacted]. |
| 12/5/2025 | Pasternak, Daniel B. | 0.70 | 650 | $455.00 | Draft joint motion to seal supplemental administrative record and correspondence to E. Green re same. |

| Date | Attorney Name | Billed Hours | Billed Rate | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 12/8/2025 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Confer with E. Green re joint motion to file supplemental administrative record under seal and attention to procedure under Judge Cronan rules for filing under seal. |
| 12/8/2025 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Confer with E. Green re joint letter motion to seal supplemental administrative record and attention to issues/procedure for filing of same under seal. |
| 12/11/2025 | Woliver, Kristine M. | 0.30 | 650 | $195.00 | Analysis of law re [redacted] for summary judgment briefing. |
| 12/17/2025 | Woliver, Kristine M. | 0.30 | 650 | $195.00 | Review updated administrative record for dispositive motion. |
| 12/18/2025 | Pasternak, Daniel B. | 0.70 | 650 | $455.00 | Conference with K. Woliver re summary judgment strategy ([redacted]). |
| 12/18/2025 | Woliver, Kristine M. | 0.70 | 650 | $455.00 | Confer with D. Pasternak re [redacted] strategy. |
| 12/18/2025 | Woliver, Kristine M. | 0.70 | 650 | $455.00 | Draft dispositive motion and Rule 56.1 statement outlines. |
| 12/18/2025 | Woliver, Kristine M. | 1.30 | 650 | $845.00 | Review caselaw and case history for dispositive motion preparation. |
| 12/29/2025 | Woliver, Kristine M. | 2.60 | 650 | $1,690.00 | Draft 56.1 Statement of Facts. |
| 12/30/2025 | Woliver, Kristine M. | 1.10 | 650 | $715.00 | Begin drafting summary judgment brief. |
| 12/30/2025 | Woliver, Kristine M. | 2.50 | 650 | $1,625.00 | Draft Rule 56.1 Statement of Facts. |
| 1/28/2026 | Martin, Gabrielle | 0.40 | 375 | $150.00 | Perform legal citation check and verify accuracy of cited authorities and record references. |
| 1/29/2026 | Martin, Gabrielle | 0.70 | 375 | $262.50 | Perform legal citation check and verify accuracy of cited authorities and record references |
| 1/9/2026 | Woliver, Kristine M. | 0.80 | 650 | $520.00 | Analysis of law for summary judgment briefing. |
| 1/12/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re same. |
| 1/12/2026 | Woliver, Kristine M. | 1.00 | 650 | $650.00 | Revise draft 56.1 statement of facts. |
| 1/12/2026 | Pasternak, Daniel B. | 2.00 | 650 | $1,300.00 | Review and revise 56.1 Statement of Undisputed Material Fact. |
| 1/12/2026 | Woliver, Kristine M. | 2.20 | 650 | $1,430.00 | Analysis of Second Circuit law for summary judgment briefing, with focus on [redacted] and [redacted]. |
| 1/12/2026 | Woliver, Kristine M. | 4.40 | 650 | $2,860.00 | Draft memorandum of law in support of summary judgment. |
| 1/13/2026 | Woliver, Kristine M. | 0.40 | 650 | $260.00 | Revise draft Rule 56.1 statement of facts. |
| 1/13/2026 | Woliver, Kristine M. | 2.60 | 650 | $1,690.00 | Continue drafting memorandum in support of summary judgment, with focus on legal argument. |
| 1/14/2026 | Woliver, Kristine M. | 0.60 | 650 | $390.00 | Revise Rule 56.1 statement of facts. |
| 1/14/2026 | Woliver, Kristine M. | 0.80 | 650 | $520.00 | Review Second Circuit law on [redacted] and re [redacted]. |
| 1/14/2026 | Woliver, Kristine M. | 1.20 | 650 | $780.00 | Continue drafting memorandum in support of summary judgment. |
| 1/15/2026 | Woliver, Kristine M. | 1.20 | 650 | $780.00 | Analysis of Second Circuit law re [redacted]. |
| 1/15/2026 | Woliver, Kristine M. | 5.10 | 650 | $3,315.00 | Continue drafting memorandum in support of summary judgment, with focus on legal argument and summary of facts. |
| 1/16/2026 | Woliver, Kristine M. | 3.90 | 650 | $2,535.00 | Update draft memorandum in support of summary judgment and Rule 56.1 statement of facts. |
| 1/19/2026 | Pasternak, Daniel B. | 2.70 | 650 | $1,755.00 | Review, revise, and supplement Rule 56.1 Statement of Undisputed Material Facts. |
| 1/20/2026 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Confer with K. Woliver re additional research for memorandum. |
| 1/20/2026 | Woliver, Kristine M. | 0.40 | 650 | $260.00 | Strategy and communications with D. Pasternak re Rule 56.1 statement of facts and legal argument [redacted]. |
| 1/20/2026 | Woliver, Kristine M. | 0.60 | 650 | $390.00 | Analysis of updates to Rule 56.1 statement of facts. |
| 1/20/2026 | Pasternak, Daniel B. | 1.00 | 650 | $650.00 | Research re standard of review following remand. |
| 1/20/2026 | Woliver, Kristine M. | 1.20 | 650 | $780.00 | Review federal law re standard of review post-remand, and re [redacted]. |
| 1/20/2026 | Pasternak, Daniel B. | 2.00 | 650 | $1,300.00 | Review and revise memorandum ISO motion for summary judgment. |
| 1/22/2026 | Woliver, Kristine M. | 1.90 | 650 | $1,235.00 | Review law for summary judgment briefing. |
| 1/23/2026 | Woliver, Kristine M. | 1.50 | 650 | $975.00 | Revise memorandum of law in support of summary judgment, with focus on standard of review arguments. |

| Date | Attorney Name | Billed Hours | Billed Rate | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 1/23/2026 | Woliver, Kristine M. | 1.60 | 650 | $1,040.00 | Analysis of law [redacted] for summary judgment brief. |
| 1/23/2026 | Pasternak, Daniel B. | 3.30 | 650 | $2,145.00 | Continue review and revision of memo ISO motion for summary judgment. |
| 1/26/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to client re review of draft memorandum and statement of fact. |
| 1/26/2026 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Draft Notice of Motion and letter motion for oral argument. |
| 1/26/2026 | Woliver, Kristine M. | 0.40 | 650 | $260.00 | Review draft updated memorandum in support of summary judgment. |
| 1/26/2026 | Pasternak, Daniel B. | 6.30 | 650 | $4,095.00 | Review and revise memorandum ISO motion for summary judgment, statement of facts for same. |
| 1/28/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to J. Kutinsky [redacted] re review of motion for summary judgment and accompanying pleadings. |
| 1/28/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Confer with G. Martin re cite check of memo ISO motion for summary judgment. |
| 1/28/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Conference with K. Woliver re motion for summary judgment status and review. |
| 1/28/2026 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Review draft memorandum of law in support of summary judgment and Rule 56.1 facts. |
| 1/28/2026 | Pasternak, Daniel B. | 1.50 | 650 | $975.00 | Second round of review/revisions to memo ISO motion for summary judgment and 56.1 statement. |
| 1/29/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Review K. Woliver final review of memorandum ISO motion for summary judgment and 56.1 statement. |
| 1/29/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re strategic issues and final review. |
| 1/29/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with G. Martin re cite check of memorandum ISO motion for summary judgment. |
| 1/29/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Review Deloitte team comments to draft memorandum ISO motion for summary judgment and 56.1 statement of facts. |
| 1/29/2026 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Revise memorandum ISO motion for summary judgment with cite check corrections. |
| 1/29/2026 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Conference with Deloitte team re summary judgment motion. |
| 1/29/2026 | Pasternak, Daniel B. | 2.00 | 650 | $1,300.00 | Revise memorandum and 56.1 statement re same. |
| 1/29/2026 | Woliver, Kristine M. | 3.10 | 650 | $2,015.00 | Final review and revisions to Deloitte letter requesting oral argument, notice of motion, Rule 56.1 statement, and memorandum of law in support of summary judgment. |
| 1/30/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to Deloitte team re filings. |
| 1/30/2026 | Woliver, Kristine M. | 0.20 | 650 | $130.00 | Correspondence with D. Pasternak re memorandum in support of summary judgment. |
| 1/30/2026 | Pasternak, Daniel B. | 1.20 | 650 | $780.00 | Initial review of Plaintiff's motion for summary judgment and related moving papers. |
| 1/30/2026 | Pasternak, Daniel B. | 1.20 | 650 | $780.00 | Final review for filing of all motion for summary judgment moving papers and attention to filing and service of same. |
| 2/1/2026 | Woliver, Kristine M. | 0.10 | 650 | $65.00 | Review correspondence from client regarding Plaintiff's dispositive motion briefing and next steps. |
| 2/5/2026 | Pasternak, Daniel B. | 2.40 | 650 | $1,560.00 | Begin drafting Defendant's Response to Plaintiff's Rule 56.1 Statement of Undisputed Material Fact ISO Plaintiff's MSJ. |
| 2/6/2026 | Pasternak, Daniel B. | 1.30 | 650 | $845.00 | Continue drafting response to Plaintiff's SOF. |
| 2/9/2026 | Woliver, Kristine M. | 1.10 | 650 | $715.00 | Analysis of law for opposition to Plaintiff's motion for summary judgment. |
| 2/9/2026 | Pasternak, Daniel B. | 1.30 | 650 | $845.00 | Conference with K. Woliver re arguments, strategy, and issues to research for response in opposition to Plaintiff's MSJ. |
| 2/9/2026 | Woliver, Kristine M. | 1.30 | 650 | $845.00 | Confer with D. Pasternak regarding opposition to Plaintiff's motion for summary judgment. |
| 2/9/2026 | Woliver, Kristine M. | 2.60 | 650 | $1,690.00 | Prepare outline for opposition to Plaintiff's motion for summary judgment. |
| 2/10/2026 | Woliver, Kristine M. | 0.80 | 650 | $520.00 | Analysis of law regarding scope of full and fair review and [redacted], for opposition to Plaintiff's motion for summary judgment. |
| 2/10/2026 | Pasternak, Daniel B. | 5.30 | 650 | $3,445.00 | Continue drafting Defendant's Response to Plaintiff's Rule 56.1 Statement of Undisputed Material Facts and review of record and prior filings re same. |
| 2/11/2026 | Woliver, Kristine M. | 3.80 | 650 | $2,470.00 | Begin drafting opposition to Plaintiff's motion for summary judgment. |
| 2/11/2026 | Pasternak, Daniel B. | 4.50 | 650 | $2,925.00 | Complete initial draft of Defendant's Response to Plaintiff's Rule 56.1 Statement of Undisputed Material Facts and review of record and prior filings re same. |
| 2/12/2026 | Woliver, Kristine M. | 0.30 | 650 | $195.00 | Prepare for client call regarding opposition to Plaintiff's motion for summary judgment. |

| Date | Attorney Name | Billed Hours | Billed Rate | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 2/12/2026 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Conference with D. Pasternak regarding responsive fact statement to be submitted with opposition brief. |
| 2/12/2026 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Review draft responsive Rule 56.1 statement. |
| 2/12/2026 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Conference with K. Woliver re response to Plaintiff's SOF and strategy for memorandum in opposition to Plaintiff's MSJ based on positions taken therein. |
| 2/12/2026 | Woliver, Kristine M. | 0.60 | 650 | $390.00 | Conference with client regarding strategy for brief in opposition to Plaintiff's summary judgment brief. |
| 2/12/2026 | Pasternak, Daniel B. | 0.60 | 650 | $390.00 | Conference with Deloitte litigation team and K. Woliver re strategy for opposition to Plaintiff's MSJ. |
| 2/12/2026 | Woliver, Kristine M. | 1.00 | 650 | $650.00 | Review 2nd Cir caselaw for opposition to Plaintiff's motion for summary judgment. |
| 2/12/2026 | Pasternak, Daniel B. | 1.30 | 650 | $845.00 | Revise Defendant's Response to Plaintiff's Rule 56.1 Statement of Fact. |
| 2/13/2026 | Woliver, Kristine M. | 0.30 | 650 | $195.00 | Analysis of law for opposition to Plaintiff's summary judgment motion. |
| 2/13/2026 | Woliver, Kristine M. | 0.40 | 650 | $260.00 | Review draft counter statement of facts in response to Plaintiff Rule 56.1 statement. |
| 2/16/2026 | Woliver, Kristine M. | 1.50 | 650 | $975.00 | Revise draft response to plaintiff's Rule 56.1 statement of facts. |
| 2/16/2026 | Woliver, Kristine M. | 2.70 | 650 | $1,755.00 | Analysis of law for support in memorandum in opposition to plaintiff's motion for summary judgment. |
| 2/16/2026 | Woliver, Kristine M. | 6.60 | 650 | $4,290.00 | Draft opposition to plaintiff's motion for summary judgment. |
| 2/17/2026 | Woliver, Kristine M. | 1.90 | 650 | $1,235.00 | Continue drafting opposition to Plaintiff's motion for summary judgment. |
| 2/18/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Review and revise to near-final Defendant's Response to Plaintiff's Statement of Facts. |
| 2/18/2026 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Revise draft counter statement of facts. |
| 2/18/2026 | Pasternak, Daniel B. | 0.60 | 650 | $390.00 | Draft introduction to Opposition to Plaintiff's Motion for Summary Judgment and initial review of draft brief. |
| 2/18/2026 | Woliver, Kristine M. | 3.70 | 650 | $2,405.00 | Continue drafting memorandum in opposition to Plaintiff's motion for summary judgment. |
| 2/19/2026 | Woliver, Kristine M. | 0.20 | 650 | $130.00 | Confer with D. Pasternak regarding memo in opposition to Plaintiff's motion for summary judgment. |
| 2/19/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re additional revisions/restructuring. |
| 2/19/2026 | Woliver, Kristine M. | 0.40 | 650 | $260.00 | Review revisions to draft opposition to Plaintiff's motion for summary judgment. |
| 2/19/2026 | Pasternak, Daniel B. | 1.40 | 650 | $910.00 | Additional research for opposition to Plaintiff's motion for summary judgment. |
| 2/19/2026 | Pasternak, Daniel B. | 5.80 | 650 | $3,770.00 | Review and revise Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment. |
| 2/20/2026 | Woliver, Kristine M. | 2.70 | 650 | $1,755.00 | Revise draft memorandum in opposition to Plaintiff's motion for summary judgment. |
| 2/21/2026 | Pasternak, Daniel B. | 1.30 | 650 | $845.00 | Further review/revision of Opposition to Plaintiff's Motion for Summary Judgment; correspondence to client team re same. |
| 2/23/2026 | Pasternak, Daniel B. | 1.20 | 650 | $780.00 | Revise brief in opposition to Plaintiff's motion for summary judgment. |
| 2/25/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Review and respond to J. Kutinsky comments [redacted]. |
| 2/25/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Update J. Kutinsky [redacted] re draft opposition and response to Plaintiff's Statement of Facts. |
| 2/25/2026 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Review and update opposition to Plaintiff's MSJ following G. Martin cite check review. |
| 2/26/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re revisions to response to Plaintiff's statement of facts on the issue of [redacted]. |
| 2/26/2026 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Review prior responses on [redacted] in first round of motion practice and revise current response to statement of facts to align to same. |
| 2/26/2026 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Confer with Deloitte team and K. Woliver re revisions to opposition brief. |
| 2/26/2026 | Woliver, Kristine M. | 0.40 | 650 | $260.00 | Conference with client regarding Deloitte comments to draft opposition to plaintiff's motion for summary judgment. |
| 2/26/2026 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Review Deloitte and Aetna proposed edits and inquiries relating to summary judgment opposition briefing and responsive facts statement. |
| 2/27/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Confer with K. Woliver re Plaintiff's [redacted] response to Defendant's SOF. |
| 2/27/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to Deloitte team re filings. |

| Date | Attorney Name | Billed Hours | Billed Rate | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 2/27/2026 | Woliver, Kristine M. | 0.30 | 650 | $195.00 | Legal strategy regarding Plaintiff's opposition to Deloitte MSJ and response to Plaintiff's statement of additional facts. |
| 2/27/2026 | Pasternak, Daniel B. | 0.80 | 650 | $520.00 | Initial review of Plaintiff's opposition to Defendant's MSJ and SOF. |
| 2/27/2026 | Woliver, Kristine M. | 1.10 | 650 | $715.00 | Final revisions to opposition to Plaintiff's motion for summary judgment and to responses to Plaintiff's Rule 56.1 statement. |
| 2/27/2026 | Pasternak, Daniel B. | 1.20 | 650 | $780.00 | Final complete review and finalizing of Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment and Defendant's Response to Plaintiff's Local Rule 56.1 Statement of Material Undisputed Fact. |
| 2/28/2026 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Outline key arguments for reply and framework for reply ISO SOF. |
| 2/28/2026 | Pasternak, Daniel B. | 1.10 | 650 | $715.00 | Full read of Plaintiff's opposition to Defendant's MSJ and response to Defendant's SOF ISO same. |
| 3/3/2026 | Pasternak, Daniel B. | 0.60 | 650 | $390.00 | Confer with K. Woliver re preliminary outline of reply brief and review same. |
| 3/3/2026 | Woliver, Kristine M. | 2.90 | 650 | $1,885.00 | Review plaintiff's opposition to Deloitte motion for summary judgment and draft outline for reply brief and confer with D. Pasternak re same. |
| 3/5/2026 | Pasternak, Daniel B. | 0.90 | 650 | $585.00 | Conference with K. Woliver re reply ISO MSJ briefing issues and strategy. |
| 3/5/2026 | Woliver, Kristine M. | 0.90 | 650 | $585.00 | Conference with D. Pasternak regarding strategy for reply brief in support of summary judgment. |
| 3/6/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence with E. Green re exchange of responses to statements of fact. |
| 3/6/2026 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Review of prior reply/response to ensure consistency in replies/responses. |
| 3/6/2026 | Woliver, Kristine M. | 0.70 | 650 | $455.00 | Review case law for reply brief in support of summary judgment. |
| 3/6/2026 | Pasternak, Daniel B. | 2.10 | 650 | $1,365.00 | Begin drafting Reply ISO Defendant's Statement of Facts and Defendant's Response to Plaintiff's Statement of Additional Facts. |
| 3/8/2026 | Woliver, Kristine M. | 1.20 | 650 | $780.00 | Analysis of case law for reply in support of summary judgment. |
| 3/9/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re briefing and SOF issues. |
| 3/9/2026 | Woliver, Kristine M. | 2.40 | 650 | $1,560.00 | Analysis of law for reply in support of summary judgment. |
| 3/9/2026 | Pasternak, Daniel B. | 4.90 | 650 | $3,185.00 | Continue drafting Reply ISO Defendant's SOF and Response to Plaintiff's SOAF (and review of record and motion papers to facilitate same). |
| 3/9/2026 | Woliver, Kristine M. | 8.30 | 650 | $5,395.00 | Draft reply in support of summary judgment and confer with D. Pasternak re same. |
| 3/10/2026 | Woliver, Kristine M. | 0.60 | 650 | $390.00 | Analysis of law for reply in support of summary judgment. |
| 3/10/2026 | Pasternak, Daniel B. | 0.60 | 650 | $390.00 | Finalize initial draft of Defendant's Reply to Plaintiff's Response to Defendant's SOF and confer with K. Woliver re same. |
| 3/10/2026 | Woliver, Kristine M. | 1.60 | 650 | $1,040.00 | Review and revise draft reply facts for dispositive motion. |
| 3/10/2026 | Pasternak, Daniel B. | 1.60 | 650 | $1,040.00 | Review and revise draft Reply ISO Motion for Summary Judgment. |
| 3/11/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to Deloitte team and J. Kutinsky [redacted] re review of draft reply. |
| 3/11/2026 | Pasternak, Daniel B. | 0.50 | 650 | $325.00 | Confer with K. Woliver re strategic issues in briefing. |
| 3/11/2026 | Woliver, Kristine M. | 0.50 | 650 | $325.00 | Confer with D. Pasternak regarding reply briefing and legal strategy for same. |
| 3/11/2026 | Pasternak, Daniel B. | 0.60 | 650 | $390.00 | Revise Defendant's Reply ISO SOF and Response to Plaintiff's SOAF. |
| 3/11/2026 | Pasternak, Daniel B. | 1.10 | 650 | $715.00 | Revise Defendant's Reply ISO MSJ. |
| 3/11/2026 | Woliver, Kristine M. | 2.20 | 650 | $1,430.00 | Revise draft reply statement of facts. |
| 3/11/2026 | Woliver, Kristine M. | 3.70 | 650 | $2,405.00 | Continue drafting and revising reply memorandum in support of summary judgment. |
| 3/12/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Confer with K. Woliver re final review. |
| 3/12/2026 | Woliver, Kristine M. | 0.20 | 650 | $130.00 | Confer with D. Pasternak and client regarding reply in support of summary judgment. |
| 3/12/2026 | Pasternak, Daniel B. | 0.20 | 650 | $130.00 | Confer with K. Woliver re strategic issues in briefing. |
| 3/12/2026 | Martin, Gabrielle | 1.60 | 375 | $600.00 | Perform cite check of brief, review cited authority to confirm currency and accuracy and confer with K. Woliver and D. Pasternak regarding same. |
| 3/12/2026 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Review additional cases researched by G. Martin. |

| Date | Attorney Name | Billed Hours | Billed Rate | Billed Amount | Narrative |
|---|---|---|---|---|---|
| 3/12/2026 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Review K. Conley edits to reply ISO Defendant's MSJ and incorporate same. |
| 3/12/2026 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Review and revise reply brief following G. Martin cite check review. |
| 3/12/2026 | Pasternak, Daniel B. | 0.90 | 650 | $585.00 | Further revision to brief to condense and streamline to meet SDNY word limit. |
| 3/13/2026 | Pasternak, Daniel B. | 0.10 | 650 | $65.00 | Correspondence to client and J. Kutinsky re same. |
| 3/13/2026 | Pasternak, Daniel B. | 0.30 | 650 | $195.00 | Final review and edits to Defendant's Reply to Plaintiff's SOF/Response to Plaintiff's SOAF. |
| 3/13/2026 | Pasternak, Daniel B. | 0.40 | 650 | $260.00 | Review Plaintiff's Reply ISO MSJ. |
| 3/13/2026 | Pasternak, Daniel B. | 1.40 | 650 | $910.00 | Review and revise Defendant's Reply ISO MSJ and confer with K. Woliver re same. |
| 3/13/2026 | Woliver, Kristine M. | 2.30 | 650 | $1,495.00 | Finalize reply in support of summary judgment. |
| | | 203.50 | | $131,532.50 | |